NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Jacob S. Kreilkamp (SBN 248210)
David W. Moreshead (SBN 305362)
Munger, Tolles & Olson LLP
350 S. Grand Ave., 50th Floor,
Los Angeles, CA 90071
Telephone: (213) 683-9100

ATTORNEY(S) FOR: Gabriela Solano

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gabriela Solano, on behalf of herself and those similarly situated<br><br>Plaintiff(s),<br><br>v.<br><br>U.S. Immigration & Customs Enforcement et al.<br><br>Defendant(s) | CASE NUMBER:<br><br>2:21-cv-01576<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  Gabriela Solano
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| None | |

February 19, 2021
Date

/s David W. Moreshead
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff Gabriela Solano