AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| Gabriela Solano, on behalf of herself and those similarly situated <br><br> *Plaintiff(s)* <br><br> v. <br><br> U.S. Immigration and Customs Enforcement; see attachment <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:21-cv-01576-PA-KSx |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  U.S. Immigration and Customs Enforcement
Office of the General Counsel
2707 Martin Luther King Jr. Ave, SE
Washington, DC 20528-0485


(See Attachment for additional Defendants)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
 Jacob S. Kreilkamp & David W. Moreshead
 david.moreshead@mto.com
 Munger, Tolles & Olson LLP
 350 South Grand Avenue, Fiftieth Floor
 Los Angeles, CA 90071-3426
 See attached caption for additional counsel

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 2/22/2021

*Carmen Lujan*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:21-cv-01576

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**ATTACHMENT TO SUMMONS**

*Solano v. U.S. Immigration and Customs Enforcement*
Additional Defendants in Civil Action No. 2:21-cv-01576

Tae D. Johnson, Acting Director of U.S. Immigration and Customs Enforcement
Office of the General Counsel
2707 Martin Luther King Jr. Ave, SE
Washington, DC 20528-0485


David Marin, Director of Los Angeles U.S. Immigration and Customs Enforcement Field Office
Office of the General Counsel
2707 Martin Luther King Jr. Ave, SE
Washington, DC 20528-0485


David Jennings, Director of San Francisco U.S. Immigration and Customs Enforcement Field Office
Office of the General Counsel
2707 Martin Luther King Jr. Ave, SE
Washington, DC 20528-0485

46811855.1

1  VASUDHA TALLA (State Bar No. 316219)
   vtalla@aclunc.org
2  WILLIAM S. FREEMAN (State Bar No. 82002)
   wfreeman@aclunc.org
3  AMERICAN CIVIL LIBERTIES UNION
4  FOUNDATION OF NORTHERN CALIFORNIA
   39 Drumm Street
5  San Francisco, California 94111
   Telephone:    (415) 621-2493
6  Facsimile:    (415) 255-8437

7  *Attorneys for Plaintiff*
8  *Additional Counsel Listed on Following Page*

9  **UNITED STATES DISTRICT COURT**
10  **CENTRAL DISTRICT OF CALIFORNIA**

11

12  GABRIELA SOLANO, on behalf of           Case No. 2:21-cv-01576
    herself and those similarly situated,
13                                          **CLASS ACTION COMPLAINT**
              *Plaintiff*,
14
15         vs.
16  U.S. IMMIGRATION AND
    CUSTOMS ENFORCEMENT; TAE D.
17  JOHNSON, Acting Director of U.S.
18  Immigration and Customs Enforcement;
    DAVID MARIN, Director of Los
19  Angeles Field Office, U.S. Immigration
20  and Customs Enforcement; DAVID
    JENNINGS, Director of San Francisco
21  Field Office, U.S. Immigration and
22  Customs Enforcement,

23            *Defendants*.
24
25
26
27
28

| | |
|---|---|
| 1 | ADDITIONAL COUNSEL |
| 2 | JINGNI (JENNY) ZHAO (State Bar No. 284684) |
| 3 | jennyz@advancingjustice-alc.org<br>GLENN KATON (State Bar No. 281841) |
| 4 | glennk@advancingjustice-alc.org<br>ANGELA F. CHAN (State Bar No. 250138) |
| 5 | angelac@advancingjustice-alc.org<br>ANOOP PRASAD (State Bar No. 250681) |
| 6 | anoopp@advancingjustice-alc.org |
| 7 | MONICA RAMSY (State Bar No. 329941)<br>monicar@advancingjustice-alc.org |
| 8 | ASIAN AMERICANS ADVANCING JUSTICE–<br>ASIAN LAW CAUCUS |
| 9 | 55 Columbus Avenue |
| 10 | San Francisco, California 94111<br>Telephone: (415) 896-1701 |
| 11 | Facsimile: (415) 896-1702 |
| 12 | JACOB S. KREILKAMP (State Bar No. 248210) |
| 13 | jacob.kreilkamp@mto.com<br>DAVID W. MORESHEAD (State Bar No. 305362) |
| 14 | david.moreshead@mto.com<br>MUNGER, TOLLES & OLSON LLP |
| 15 | 350 South Grand Avenue |
| 16 | Fiftieth Floor<br>Los Angeles, California 90071-3426 |
| 17 | Telephone: (213) 683-9100<br>Facsimile: (213) 687-3702 |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |