AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | | |
|---|---|---|
| Gabriela Solano, on behalf of herself and those similarly situated | ) ) ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | | |
| v. | | Civil Action No. 2:21-cv-01576-PA-KSx |
| U.S. Immigration and Customs Enforcement; see attachment | | |
| *Defendant(s)* | | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* U.S. Immigration and Customs Enforcement
Office of the General Counsel
2707 Martin Luther King Jr. Ave, SE
Washington, DC 20528-0485


(See Attachment for additional Defendants)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jacob S. Kreilkamp & David W. Moreshead
david.moreshead@mto.com
Munger, Tolles & Olson LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, CA 90071-3426
See attached caption for additional counsel

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 2/22/2021

*Carmen Lujan*

*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:21-cv-01576

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Defendants U.S. Immigration and Customs Enforcement; Tae D. Johnson, Acting Director of ICE; David Marin, Director of Los Angeles ICE Field Office; and David Jennings, Director of San Francisco ICE Field Office,

was received by me on *(date)* February 22, 2021

❏ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Per FRCP 4(i)(2), I served the documents listed upon Defendant Tae D. Johnson by causing true and correct copies to be delivered by the U.S. Postal Service certified mail in a sealed envelope to Tae D. Johnson, Acting Director of U.S. Immigration and Customs Enforcement c/o Office of the General Counsel, 2707 Martin Luther King Jr., Ave. S.E., Mail Stop 0485, Washington, D.C. 20528-0485: Summons issued by Clerk; Class Action Complaint; Civil Cover Sheet; Notice of Interested Parties; Notice of Assignment; Notice to Parties of Court Directed ADR; Notice of Related Cases; Order re Transfer Pursuant to General Order 19-03 (Related Cases).

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: March 8, 2021

*Server's signature:* Vasudha Talla

Vasudha Talla, Esq.
*Printed name and title*

39 Drumm Street, San Francisco, CA 94111
*Server's address*

Additional information regarding attempted service, etc:
On March 8, 2021, I served the documents listed upon Defendant Tae D. Johnson by attaching them to an e-mail I sent to the Office of the General Counsel, U.S. Immigration and Customs Enforcement at ogc@hq.dhs.gov: Summons issued by Clerk; Class Action Complaint; Civil Cover Sheet; Notice of Interested Parties; Notice of Assignment; Notice to Parties of Court Directed ADR; Notice of Related Cases; Order re Transfer Pursuant to General Order 19-03 (Related Cases).

**ATTACHMENT TO SUMMONS**

*Solano v. U.S. Immigration and Customs Enforcement*
Additional Defendants in Civil Action No. 2:21-cv-01576

Tae D. Johnson, Acting Director of U.S. Immigration and Customs Enforcement
Office of the General Counsel
2707 Martin Luther King Jr. Ave, SE
Washington, DC 20528-0485


David Marin, Director of Los Angeles U.S. Immigration and Customs Enforcement Field Office
Office of the General Counsel
2707 Martin Luther King Jr. Ave, SE
Washington, DC 20528-0485


David Jennings, Director of San Francisco U.S. Immigration and Customs Enforcement Field Office
Office of the General Counsel
2707 Martin Luther King Jr. Ave, SE
Washington, DC 20528-0485

1  VASUDHA TALLA (State Bar No. 316219)
   vtalla@aclunc.org
2  WILLIAM S. FREEMAN (State Bar No. 82002)
   wfreeman@aclunc.org
3  AMERICAN CIVIL LIBERTIES UNION
4  FOUNDATION OF NORTHERN CALIFORNIA
   39 Drumm Street
5  San Francisco, California 94111
   Telephone:    (415) 621-2493
6  Facsimile:    (415) 255-8437

7  *Attorneys for Plaintiff*
8  *Additional Counsel Listed on Following Page*

9  **UNITED STATES DISTRICT COURT**
10 **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GABRIELA SOLANO, on behalf of herself and those similarly situated,<br>    *Plaintiff*,<br><br>vs.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TAE D. JOHNSON, Acting Director of U.S. Immigration and Customs Enforcement; DAVID MARIN, Director of Los Angeles Field Office, U.S. Immigration and Customs Enforcement; DAVID JENNINGS, Director of San Francisco Field Office, U.S. Immigration and Customs Enforcement,<br><br>    *Defendants*. | Case No. 2:21-cv-01576<br><br>**CLASS ACTION COMPLAINT** |

ADDITIONAL COUNSEL

JINGNI (JENNY) ZHAO (State Bar No. 284684)
jennyz@advancingjustice-alc.org
GLENN KATON (State Bar No. 281841)
glennk@advancingjustice-alc.org
ANGELA F. CHAN (State Bar No. 250138)
angelac@advancingjustice-alc.org
ANOOP PRASAD (State Bar No. 250681)
anoopp@advancingjustice-alc.org
MONICA RAMSY (State Bar No. 329941)
monicar@advancingjustice-alc.org
ASIAN AMERICANS ADVANCING JUSTICE–
ASIAN LAW CAUCUS
55 Columbus Avenue
San Francisco, California 94111
Telephone: (415) 896-1701
Facsimile: (415) 896-1702

JACOB S. KREILKAMP (State Bar No. 248210)
jacob.kreilkamp@mto.com
DAVID W. MORESHEAD (State Bar No. 305362)
david.moreshead@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702