```
 1                    UNITED STATES DISTRICT COURT

 2                   CENTRAL DISTRICT OF CALIFORNIA

 3                          WESTERN DIVISION

 4          THE HON. ANDRE BIROTTE JR., JUDGE PRESIDING

 5

 6   GABRIELA SOLANO,                    )
                                         )
 7                   Plaintiff,          )
                                         )
 8        vs.                            ) NO. 21-CV-01576-AB
                                         )
 9   IMMIGRATION AND CUSTOMS             )
     ENFORCEMENT, et al.,                )
10                                       )
                     Defendants.         )
11   _____)

12

13

14

15            REPORTER'S TRANSCRIPT OF PROCEEDINGS

16                      Zoom Conference

17                  Los Angeles, California

18                 Friday, August 6, 2021

19

20

21

22

23        LISA M. GONZALEZ, CSR No. 5920, CCRR
                U.S. District Courthouse
24         350 W. First Street - Room 4455
              Los Angeles, California 90012
25         213.894.2979; www.lisamariecsr.com
```

```
 1   APPEARANCES:

 2

 3   FOR THE PLAINTIFF:      MUNGER TOLLES AND OLSON LLP
                             BY:  DAVID WILLIAM MORESHEAD, ESQ.
 4                           350 South Grand Avenue
                             50th Floor
 5                           Los Angeles, CA 90071
                             213-683-9100
 6
                             ACLU OF NORTHERN CALIFORNIA
 7                           BY:  VASUDHA TALLA
                             39 Drumm Street
 8                           San Francisco, CA 94111
                             415-621-2493
 9
     FOR THE DEFENDANTS:     DOJ-USAO
10                           BY:  JOSEPH ANTON DARROW, ESQ.
                             Civil Division, Office of Immigration
11                                                      Litigation
                             P.O. Box 868
12                           Ben Franklin Station
                             Washington, DC 20044
13                           202-514-0618

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1            Los Angeles, California; Friday, August 6, 2021;
 2                              10:00 a.m.
 3                               -o0o-
 4            THE CLERK:  Calling civil case 21-1576, Gabriela
 5   Solano versus U.S. Immigration and Customs Enforcement,
 6   et al.
 7            Counsel, please state your appearance.
 8            MS. TALLA:  Vasudha Talla, counsel for the
 9   plaintiff.
10            THE COURT:  All right.  Good morning.
11            MR. MORESHEAD:  Good morning, Your Honor.
12   David Moreshead, also counsel for the plaintiff.
13            THE COURT:  Good morning.
14            MR. DARROW:  Good morning, Your Honor.
15   Joseph Darrow for the Government.
16            THE COURT:  Good afternoon, I think, to you.  Is
17   that a fair statement?
18            MR. DARROW:  Yes, Your Honor.
19            THE COURT:  So let me pull up my file here.  I
20   guess before we begin, just more FYI than anything, you may
21   or not know.
22            Look, I worked for the Department of Justice for a
23   number of years.  I know a lot of folks at main justice
24   particularly now under this administration, but, more
25   specifically, I know Mr. Moreshead.
```

4

1          Mr. Moreshead clerked for a dear friend of mine,

2   Judge Beverly Reid O'Connell who passed away several years

3   ago, but we were in the same hall for a number of years.

4   Just want to let the folks know that.

5          He doesn't have an inside track or anything like

6   that, but just in the interest of full disclosure, I just

7   wanted everyone to know that.

8          All right.  Very interesting case.  I don't know

9   if I'm lucky or unlucky, but I seem to be getting a lot of

10  these ICE cases.  Some of you may or may not know, I had a

11  trial a couple of years ago involving ICE, so I'm having

12  either flashbacks or PTSD, depending on how one might look

13  at it.

14         But I have a number of questions about this motion

15  to dismiss.  Let me just jump right into it.

16         And my apologies upfront.  Look, you guys did an

17  excellent job on the briefing.  There's a lot of

18  declarations here.  I think I got through all of them, but

19  I'm going to be honest, I doubt that I remember everything

20  and so you may be repeating things that are in your argument

21  or referring to me the specific declarations and some of my

22  questions may be apparent in the papers, but I'd just like

23  to hear it from the horse's mouth, so to speak.

24         So I'll start with the plaintiff.  I don't know if

25  Ms. Talla or Mr. Moreshead has drawn the short straw as it

1  relates to this question, what is the plaintiff's end game

2  here?  I mean, you say on the one hand this is not about

3  challenging the removal, it's about challenging the manner

4  in which the plaintiff was arrested.  Okay.

5         So with that as a backdrop, what's the remedy for

6  that?  I mean, do we let the person go and re-arrest them?

7  So what's the remedy?

8         Have I rendered you all speechless?

9         MS. TALLA:  No, no, no, no.  Not at all.

10        Thank you, Your Honor.  Vasudha Talla for the

11 plaintiff.

12        So the remedy that we are seeking is injunctive

13 and declaratory relief that would set aside the private

14 contractor arrest policy, meaning that ICE would no longer

15 be able to send out private contractors on their own to

16 arrest individuals at jails and prisons within the

17 geographic area of this lawsuit.

18        THE COURT:  Ms. Talla -- and I'm sorry for

19 interrupting you.

20        So let's assume I agree with you, we set aside

21 that private contractor arrest policy, what, if any, effect

22 does that have on the plaintiff in this case?

23        MS. TALLA:  So Ms. Solano, at the time of the

24 filing of the complaint, was likely to have been subjected

25 to the private contractor arrest policy.  After the case was

1  filed, of course, she was arrested, placed in removal

2  proceedings.

3        THE COURT:  And I should have said this earlier:

4  I am prone to interrupt.  It's not being rude, it's just the

5  back and forth that I engage in.

6        So she was arrested, but not by a contractor;

7  right?

8        MS. TALLA:  Our understanding is not -- an ICE

9  officer was present at the prison while she was arrested.

10        THE COURT:  But she doesn't say in her declaration

11  that she saw anyone with like the letter "G" on their

12  uniform; right?

13        MS. TALLA:  So we haven't actually submitted a

14  declaration from Ms. Solano herself in this case.  When we

15  filed --

16        THE COURT:  But there's no evidence to suggest --

17  I'm sorry.  And I misspoke.  There is nothing in the papers

18  to suggest that Ms. Solano believes that she was arrested by

19  a contractor, or is there?

20        MS. TALLA:  At the time of the filing of the

21  complaint, she had not yet been arrested.  So, of course, in

22  the complaint, there's nothing to state what the

23  circumstances of her arrest were.

24        Subsequent to that, in our opposition, we haven't

25  included any evidence from her, a declaration from her,

1   stating the circumstances of her arrest.

2          THE COURT:  Could I ask, then, could the Court get

3   a preview of what that might be.

4          I mean, is Ms. Solano going to allege that she was

5   arrested by a contractor?

6          MS. TALLA:  So my understanding is that Ms. Solano

7   was arrested with both a G4S contractor and an ICE officer

8   present.

9          THE COURT:  Okay.

10          MS. TALLA:  Just to tie it back to the legal

11   questions in this case -- and Mr. Moreshead is ready to talk

12   about the standing and mootness issues of the case -- our

13   position would be that regardless of whether an ICE officer

14   was present or not, it doesn't undercut her standing to

15   bring the claim, nor does it render the case moot.

16          And certainly Mr. Moreshead could go into that if

17   the Court wanted --

18          THE COURT:  Don't worry.  I'm going to give

19   Mr. Moreshead an opportunity to justify his existence here

20   today.

21          So if you're challenging that remedy to set aside

22   that, am I being too simple when I say, it would, in

23   essence, have zero impact on Ms. Solano?  She's still going

24   to get removed; right?  Or she'll still go through that

25   process, I mean.

1          MS. TALLA:  Right.  Unfortunately, the remedy

2   sought here will have come too late for Ms. Solano herself,

3   but certainly because this is a putative class action and we

4   do intend to move for class certification, the remedy would

5   assist all the other members of the class who would be

6   subjected to the private contractor arrest policy.

7          THE COURT:  And how would it assist the members of

8   the class?  Is this more prospective?  In other words, it

9   would prevent them from being arrested?  I thought a number

10  of the folks who had submitted declaration had already been

11  arrested, so it wouldn't help them, would it?

12         MS. TALLA:  Correct.  Those individuals'

13  declaration really goes to establish that there is a private

14  contractor arrest policy because that is the issue that the

15  defendants dispute whether or not they are actually using

16  private contractors to make arrests.

17              So those declarations are not for the purpose of

18  showing individuals who would benefit from the remedy, but

19  mostly to establish that the private contractors are being

20  used to effectuate arrests.  The individuals who would

21  benefit from the remedy that we seek, which is prospective

22  injunctive relief, are the members of the putative class,

23  people who would be arrested by private contractors going

24  forward.

25              THE COURT:  Got it.  Okay.  And then I just want

1    to get to the brief where I want to talk about standing.  I

2    want to flush this issue out.  Forgive me.  I'm sorry.

3            So okay.  As it relates to standing, you've got to

4    show injury in fact, injury fairly traceable to the

5    defendant's conduct, and injury that can be redressed by a

6    favorable decision.

7            So if -- indulge me for a moment -- if the

8    plaintiff was not arrested by a G4S officer, has the

9    plaintiff suffered an injury in fact?

10            MR. MORESHEAD:  Yes, Your Honor.  And the reason

11    she has standing here, just to be clear, is because anything

12    that happened after the fact, after the complaint was filed,

13    really doesn't go to her standing because standing is

14    measured at the time the complaint was filed.  The White

15    case from the Ninth Circuit talks about that.  So really

16    what we would be talking about for after-the-fact actions,

17    at the flip side, the mootness portion.

18            THE COURT:  At the time she filed the complaint,

19    she was fearful that she might be arrested by a G4S officer?

20            MR. MORESHEAD:  Correct, Your Honor.  She had a

21    reasonable fear --

22            THE COURT:  Is that reasonable fear an injury?  Is

23    that what the injury is?

24            MR. MORESHEAD:  She had a reasonable fear of

25    suffering the injury, Your Honor.  So the injury itself

1  would be the G4S arrest, but having the reasonable fear of

2  the injury is sufficient to confer standing on the

3  plaintiff.

4            THE COURT:  So you're saying that reasonable fear,

5  that's the actual or imminence aspect of it?

6            MR. MORESHEAD:  Correct, Your Honor.

7            THE COURT:  And what's the basis to believe that

8  it was actual?  Is that because of all these other

9  declarations that show G4S officers were involved in thee

10 arrests?

11           MR. MORESHEAD:  Yes, Your Honor.

12           And specifically, too, in the complaint, we allege

13 not only a general practice throughout California of these

14 arrests, but we do also allege there were instances at the

15 Chowchilla facility where Ms. Solano was being held

16 specifically.  So it's not just a theoretical:  This has

17 happened at other facilities in California.  We have

18 allegations included as to this specific facility.

19           THE COURT:  And, then, how would the injury be

20 redressed by a favorable decision?  Again, is this for class

21 members that are out there that fear that they might be

22 arrested by a G4S employee?  Is that who you're trying to

23 redress?

24           MR. MORESHEAD:  Correct, Your Honor.  It goes back

25 to the fact that this is a putative class action.  So the

1   way in which the injury will be redressed would be on behalf

2   of the putative class members.  As Ms. Talla said,

3   unfortunately for Ms. Solano, the time has passed, but it is

4   not removed from the redressability of the injury for the

5   putative class.

6          THE COURT:  Okay.  And I will tell you all, I

7   mean, look, what I struggle with is that -- look, the policy

8   makes clear this is not supposed to happen.  That makes me

9   wonder, Okay, what are we doing here?  I mean, if there's no

10  policy that authorizes this, you know, in some respects that

11  ends sort of the case.  I mean, there's not a policy

12  written.  The policy explicitly says otherwise.

13         Now, the flip side of that is that, look -- and I

14  don't mean to sound glib about this.  Literally the only way

15  I can describe it is:  What does the court do with all these

16  declarations that, at a minimum, suggests that there's this

17  bogeyman out there with this "G" lapel on their shirts.  I

18  mean, something's going on.

19         So that's why I'm sort of struggling with this

20  case because one might argue you can maybe predict how the

21  litigation will play out.  I'm just not sure if a prediction

22  of how it will play out is enough to adjudicate things at

23  this stage of the litigation.

24         So let me ask -- I guess, let me go back to the

25  plaintiffs for a moment before I switch over to the

1  Government.

2          I mean, what is your response -- I mean -- to the

3  notion that ICE is saying, we don't use private contractors.

4  We got a policy that says we don't use private contractors.

5  What more do you want us to do?

6          MR. MORESHEAD:  There's several points,

7  Your Honor.  You, in fact, just previewed probably the most

8  important point, which is that the legal standard here

9  really drives the conclusion as far as this motion goes

10  because, as you just stated, effectively to decide that

11  there is no policy or practice of these unlawful arrests,

12  which is what Ms. Solano has alleged would touch not just

13  the jurisdictional mootness issue, but it effectively

14  decides the merits at this stage, which makes the two issues

15  inextricably intertwined.

16          And, then, once you reach that point, once the two

17  are inextricably intertwined, a 12(b)(1) motion is just the

18  inappropriate vehicle that decides the issue.  Essentially

19  what that has to convert to, then, is the motion for summary

20  judgment.  And, of course, we have not yet participated in

21  discovery and a motion for summary judgment would be

22  premature in this case.

23          So the result is that the motion should be denied,

24  the matter should be allowed to proceed, and then ultimately

25  we can determine on the merits, either through an MSJ or at

1    a trial by the trier of fact, whether or not this policy has

2    actually occurred.

3         And, then, the other point, Your Honor, which a

4    little bit ancillary, but maybe is relevant too, is that

5    just because there is a policy in place doesn't actually

6    affect the question here, which is whether there is a

7    practice or pattern of conduct despite the policy --

8         THE COURT:  Are you, in essence -- are you

9    suggesting that there are like these G4S officers that are

10   going rogue, in essence, or what is it?

11        MR. MORESHEAD:  No, Your Honor.  We're alleging

12   that essentially ICE has authorized and permitted these G4S

13   officers to perform these arrests.

14        THE COURT:  Let me rephrase it, then.  Are you

15   suggesting that basically there are ICE officers that are

16   going rogue, then?  Because the policy says ICE doesn't

17   authorize.

18        But you're saying that somehow, some way, G4S

19   officers are doing it.  And to believe that assertion, that

20   means that there are ICE officers that are violating its own

21   internal policies; right?

22        MR. MORESHEAD:  There's, perhaps, officers who are

23   enforcing the policies.

24        But another clarification, Your Honor.  The policy

25   that we're talking about, I think, hasn't been

1  established -- the ICE policy that they're relying on has

2  not really been established in the record that's currently

3  before the Court.  Because really we only have this April

4  2018 e-mail that was circulated to some group of ICE

5  employees and which itself, I believe, stated that it

6  expired after a year.  And so if that's the written policy

7  we're relying on, then it may not even have lasted

8  throughout the relevant period.

9          But, again, there's also a possibility of just

10  practical enforcement that varies from the policy.  For

11  instance, like the Rosebrock (ph) case where the law was

12  such that there was not supposed to be anything hung on the

13  outside fences of the V.A. facility, but law enforcement

14  just didn't enforce that until an e-mail later required them

15  to essentially.  So it's the same idea, Your Honor.  It's

16  just the enforcement may not have been consistent of the

17  policy, assuming there even was a policy.

18          THE COURT:  And what's your response to what I

19  would characterize -- I don't know if the Government

20  would -- but the notion that, in some respects, no good deed

21  goes unpunished.  You raise this issue to the Government,

22  the Government says, you know, we don't think it's true, but

23  we're going to issue a notice sort of making it clear you

24  can't do this.  Isn't that enough?  I mean, what else should

25  the Government be doing?

1              MR. MORESHEAD:  Well, Your Honor, just because the

2    Government has now apparently attempted to resolve the issue

3    or made some efforts to resolve the issue doesn't mean that

4    plaintiff has not -- and the putative class, perhaps, more

5    importantly, is not entitled to adjudication on the merits

6    of the issue.

7              And to still find that any practice that did exist

8    and to the extent that potentially could continue to exist,

9    again, we just don't know at the pleading stage that prior

10   arrest -- or prior contractor arrest policy.  The plaintiff

11   still has an entitlement to ultimately determination by the

12   Court that that policy is unlawful.

13             THE COURT:  Thank you.

14             Let me switch, I think, over to Mr. Darrow.

15             Look, I mean, I get where the Government is coming

16   from.  Look, what else can we do?  We got policies that say

17   this doesn't happen, but we're at this early stage of the

18   proceeding and I've got declaration after declaration after

19   declaration that suggests something is going on here -- and

20   I don't know if it is or isn't -- and then when you add to

21   it, I would just be curious as to what weight, if any,

22   should the Court place on the amicus brief which, in some

23   respects, sort of says, Hey, third-party folks can do this.

24   I'm not suggesting that they speak for the Government, but

25   they represent themselves as an authority on this issue, and

1    they -- in some ways, you can interpret their brief as

2    suggesting it is going on, and it's okay.

3            So I've thrown out a lot at you, my apologies, but

4    to the extent that you can answer some of those questions, I

5    would appreciate it.

6            MR. DARROW:  Certainly, Your Honor.  And thank you

7    for the opportunity.

8            To answer the last question first.  Actually it's

9    not defendants' position that using private contractors to

10   form these arrests on their own without immigration officers

11   present would be legal.  There is, as plaintiff's point out

12   in their complaint, a regulation on point that defines who

13   the immigration officers who are authorized to use the

14   arrest authority to conduct these arrests.  And it doesn't

15   include private contractors.

16           It says ICE officers, it says state law

17   enforcement officers, it could be delegated authority under

18   Section 1357g, but it does not include private contractors.

19   And this goes to the crux of defendants' argument that this

20   case is moot.

21           As Your Honor noted, stated ICE policy says you

22   have to use an immigration officer.  It doesn't allow the

23   private contractors.  And from defendants' perspective, the

24   law wouldn't allow the use of private contractors regardless

25   of what ICE's-stated policy was.

1          THE COURT:  But let's get right down to it.  Does

2     the Government contract with this company G4S in any

3     capacity relative to immigration?

4          MR. DARROW:  Yes.  Yes, Your Honor.  They

5     contracted them to provide secure transportation services.

6          THE COURT:  So on that point, you cause me to jump

7     to one area that I thought the Government laid out that I

8     want to ask you a question about.

9          Hold on one second.  I believe the plaintiffs

10    argue that the March 2021 notice doesn't fully address the

11    private contractor issue because, in theory, if you read it

12    literally, based on the definition of an arrest, a G4S

13    officer could arrest someone at a prison and then transport

14    them to an ICE field office.

15         Do you agree with that assertion, that under the

16    rules and regulations in theory, a G4S officer could go to a

17    prison and not, quote-unquote, and take them to an ICE

18    facility because that transportation would not constitute an

19    arrest?

20         MR. DARROW:  No, Your Honor.  Neither under

21    existing regulation nor under the ICE policy.  I think we

22    all agree that the regulations would not allow that.

23         And the ICE policy, if you read it, granted

24    (inaudible) it doesn't specifically say "no private

25    contractors," but it provides this either/or scenario where

1  it says an immigration officer must perform the arrest.  And

2  if an immigration officer is not present when the

3  individual's released from confinement to perform the

4  arrest --

5          THE COURT:  I'm sorry.  I'm sorry, Mr. Darrow.  Do

6  me a favor.  For some reason -- maybe you can speak a little

7  closer to the computer screen because there's a bit of an

8  echo, although when you answered my question before it went

9  away.  So I don't know what caused it.

10          MR. DARROW:  My apologies.

11          THE COURT:  So walk me through, then.  Are you

12  saying that someone getting released from prison could not

13  be transported to an ICE facility without an ICE officer

14  present?

15          MR. DARROW:  Not under the terms of the ICE-stated

16  policy.

17          THE COURT:  Got it.

18          MR. DARROW:  Because the policy says that in order

19  for this transfer of custody to occur, an immigration

20  officer has to be there to make the arrest.  And if an

21  immigration officer is not there --

22          THE COURT:  Stop.  Get a little closer again

23  because it's starting to echo.

24          MR. DARROW:  I'm sorry about that.

25          And if an immigration officer is not there, then

1  ICE could ask the locality to hang on to the person for

2  another two days or the locality has to release them.

3          THE COURT:  Just indulge me for a second.

4  Someone's getting released from prison.  Okay.  Let's say

5  for whatever reason, ICE can't get there on that day.  A G4S

6  officer or any private contractor could not or should not be

7  authorized to go to that prison by themselves and take them

8  to an ICE facility?

9          MR. DARROW:  Correct, yes.  Under regulation nor

10 ICE policy.

11          THE COURT:  Got it.

12          So with that as a backdrop, how should the court,

13 again at this juncture, because it's so early in the

14 litigation.  We've got declarations that at least raise the

15 specter of that happening.  Shouldn't the court, at least

16 again at this juncture say, look, for lack of a better term,

17 I can't call it at this point.  I understand there's this

18 policy, but we've got these folks that are suggesting that

19 something else is going on.

20          The Government -- and I'm not criticizing the

21 Government for this -- it's not as if the Government says,

22 We don't even know who G4S is, we have no ties with them.

23 They acknowledge a relationship with G4S.

24          Doesn't that raise the possibility at least at

25 this stage that there may be violations of the policy?  And

1    if so, the Court has to at least let the case move forward,

2    let discovery pan out, and if, as you assert, Mr. Darrow, in

3    the papers, that that practice is not authorized, it's not

4    going on, we'll find that out in discovery?

5            MR. DARROW:  So, I think, Your Honor, to answer

6    your question start at the general level, I think it's

7    helpful to distinguish between the allegations prior to the

8    March 24th allegation of the policy and the allegations

9    after that.

10           So certainly, you know, plaintiffs make light of

11   allegations that occurred prior to that, however, as

12   plaintiff's counsel just pointed out in this case they seek

13   purely prospectively.  So they're not trying to obtain a

14   declaration that people's rights were violated and asking

15   for damages for false arrest or anything like that, they're

16   just trying to say that moving forward, we are worried that

17   these non-citizens are being arrested by contractors.

18           So I think the fact that the affirmation happened

19   and that the evidence submitted about the arrest that

20   occurred after the affirmation show that it's ICE officers

21   and not contractors.

22           I mean, there are allegations of things that

23   happened before and maybe some are true, but none of the

24   allegations about arrests by contractors after ICE went

25   through the effort of explaining the policy.  Saying there

1  will be no deviations therefrom --

2          THE COURT:  But wait.  What about the declaration

3  of Israel Escobar?  Wasn't he post the order in March?

4          MR. DARROW:  Correct, Your Honor.  He was, but if

5  you read Mr. Escobar's declaration, he says, "I was arrested

6  by two gentlemen wearing gray, and I didn't see any ICE

7  badge."  But in contract, we have a declaration from a

8  deportation officer --

9          THE COURT:  Cesar Contreras, right.  And I'm

10 sorry.  I'm interrupting again.  I guess I get to do that, I

11 have the robe.

12          But now we're getting into like a he said/she

13 said.  You understand what I'm saying?  And if that's the

14 case, it seems as if the Government is saying, "Take our

15 word for it versus Mr. Escobar's at this juncture."  I mean,

16 Mr. Contreras is saying, "I was that person.  I'm an ICE

17 person, so he's mistaken."  But he says differently -- or I

18 guess that's one interpretation.

19          And if there are differing interpretations, isn't

20 that enough of a factual dispute that the court should

21 again, for lack of a better term, defer making a decision

22 until the parties have had a chance to flesh these out,

23 other than just in mere allegations in a complaint?

24          MR. DARROW:  Your Honor, at least for

25 Mr. Fuentes Escobar, we would say no.  That that is a very

1   minor and ancillary, almost sideshow for lack of a better

2   term to the factual picture.  What really matters here is

3   the mootness of the claim of the named plaintiff herself,

4   Ms. Solano.

5          And, as Your Honor noted, plaintiffs haven't

6   provided a declaration by Ms. Solano saying, "I was not

7   arrested by an immigration officer."  All they have is the

8   allegations in the complaint and then argument about an

9   incorrect place of service rather on the warrant, but so the

10  only evidence here says that the named plaintiff, the sole

11  named plaintiff, was, in fact, arrested by an immigration

12  officer and then subsequently removed from the country.

13         And if there's no standing for the named

14  plaintiff's claim, then the putative class for which there

15  has not been a certification motion also lacks standing.

16         And if Your Honor looked at the case law regarding

17  this whole idea of factual disputes about jurisdiction that

18  are intertwined with the merits, the case law points out

19  that that's the key there.  That there are factual disputes

20  going to the merits.

21         And defendants here think that there really are no

22  genuine factual disputes involved in the merits.  So the

23  parties agree that there's no legal support with private

24  contractors to make arrests.  Plaintiffs argue about whether

25  or not the ICE-stated policy is being followed, but nobody

1   disputes the language of the ICE-stated policy.

2          THE COURT:  But isn't the dispute about whether

3   it's being followed, isn't that the heart of this?  And

4   isn't that inextricably intertwined with the merits?

5          MR. DARROW:  No, Your Honor.  In the sense that

6   what plaintiffs want here is they challenge this alleged

7   overall policy.  And as you know, they have these

8   allegations of past conduct that deviated from the policy

9   and for those, they can seek retrospective relief, but as we

10  point in our APA reviewability section, you can't piece

11  together all these, you know, deviations by rogue

12  individuals and claim that they are a policy that they

13  challenge under the APA.  If plaintiffs find individuals who

14  have been, you know, adversely affected by rogue actors in

15  the past, then they can file individual actions based on

16  those folks, but there is no overall agency-wide policy at

17  issue here to challenge.  And that's what we're saying is

18  moot.  That the evidence shows that there is no such policy

19  for this type of broad APA claim.

20         THE COURT:  What's the plaintiff's response to

21  that argument?

22         MS. TALLA:  Well, Your Honor, I would start with

23  the point that defendants -- the Government continues to

24  make, which is that this March 2021 e-mail notice

25  constitutes the policy, and that it is evidence that G4S

1    contractors are not being sent out to make arrests.

2          And the March 2021 notice is not evidence that the

3    actual practice has changed.  We don't have any declaration

4    submitted by the Government from field office directors, for

5    example, they very easily could have submitted that type of

6    declaration saying, since the March 2021 notice was issued,

7    every single arrest out of jail and prison has been

8    undertaken with an ICE officer present.  They haven't

9    submitted --

10         THE COURT:  Let me ask you:  A, are you suggesting

11   that if there was such a declaration, you would concede that

12   it's moot at that point; and B, is that really realistic?

13   No one's going to make a declaration -- ever since this

14   memo, there's not been a single instance.  I mean, I don't

15   think anyone is charged with that responsibility to evaluate

16   every single instance of arrest.

17         MS. TALLA:  To show mootness, it is their burden

18   to show that the practice as alleged both in our complaint

19   and then subsequently show through our declaration will not

20   recur again.

21         So the March 2021 notice doesn't get them anywhere

22   close to that.  What might get them closer is that type of

23   declaration attesting if not every single arrest has

24   occurred in a particular way, at least along the lines of,

25   you know, "I, a field office director, has seen this

1   March 2021 notice.  I have given instructions to my staff to

2   ensure that an ICE officer is present at every arrest, along

3   with a G4S contractor."  We don't have anything like that.

4   We have only the fact that a March notice was sent by e-mail

5   in March 2021.

6          But to go directly to the point that Mr. Darrow

7   made about these are just a disparate collection of

8   practices, you know, the allegations in our complaint of a

9   very routine and systematic practice of sending private

10  contractors out to make arrests is sufficient even as an

11  unwritten policy and practice to constitute final agency

12  action.

13         But, in addition to the arrests that are alleged

14  in the complaint, we have actual language of a contract and

15  various contract-related documents alleged in the complaint

16  that tie it altogether and make clear that it's not just a

17  disparate set of rogue actors, these are actually arrests

18  that are flowing from a contract and various

19  contract-related documents in which ICE contemplates using

20  private contractors to assume custody of people at jails and

21  prisons.

22         THE COURT:  Let me jump back to you, Mr. Darrow.

23  I said earlier, the March 2021 memo, you know, one can

24  categorize it as "no good deed goes unpunished.  The flip

25  side of that is, why would it be necessary to put out this

1    memo if nothing was going wrong?  Does that make sense?

2            MR. DARROW:  Yes, Your Honor.  And I can't

3    represent to you that nothing was going wrong.  I mean,

4    plaintiff brings allegations here.  ICE felt the need to put

5    out this memo reaffirming the policy, saying, Look we are

6    committing to strict enforcement to the extent there was any

7    question before.

8            But, Your Honor, the Rosebrock case actually

9    speaks to this very scenario.  There, the agency also felt

10   the need to put out a reaffirmation and saying, Look, you

11   know, this is the policy we're going to strictly enforce

12   even though the policy had been in existence years, the same

13   way the policy here has been in existence years, and the

14   Ninth Circuit in Rosebrock didn't, you know --

15           THE COURT:  Hold on one second.

16           If you can speak a little closer.  Thank you.

17           MR. DARROW:  The Ninth Circuit in Rosebrock didn't

18   induce from the fact that the agency felt the need to

19   reaffirm the policy, the fact that there was anything

20   nefarious going on, that the agency was not firmly committed

21   to enforcing the policy.  And it still found that that case

22   was moot there.

23           And I think the most significant factor to look at

24   in the multiple Rosebrock factors is whether there's any

25   evidence that the challenged conduct has continued after the

1    agency reaffirmed the policy and committed to a strict

2    enforcement.  And here there isn't.  The two cases of

3    arrests that occurred after March 24th that plaintiff

4    identifies, we have declarations from ICE immigration

5    officers saying, I was personally there.  I was the one that

6    performed the arrest.  The contractor was not the person who

7    put this non-citizen under arrest.

8            And, you know, the overall heart of that inquiry

9    is whether we can expect the conduct to reasonably start up

10   again.  And I think the ICE policy affirmation, coupled with

11   the fact that we have these declarations of ICE officers

12   after the reaffirmation saying, "We were the ones who placed

13   these individuals under arrest" shows that, similar to

14   Rosebrock, that this case should be deemed moot.

15           And if I can address plaintiff's comment about the

16   contract.  Just to address the comment about the contract.

17   The contract, as I mentioned before, is for secure

18   transportation services.  It does not authorize G4S

19   contractors to perform arrests on behalf of ICE.  And as a

20   matter of fact, as plaintiffs themselves allege in their

21   complaint, there is language in there that says nothing here

22   author- -- excuse me -- provides the contractors with

23   statutorily -- nothing statutorily authorizes or delegates

24   them authority to enforce federal law.  And that is correct.

25   And that is the position that the agency is taking and

1   certainly that's the position that's re-enforced by the

2   regulations saying that these contractors do not qualify as

3   immigration officers authorized to perform these arrests.

4            THE COURT:  All right.  Thank you.

5            Let me check.  I don't know if I have any other

6   questions.  Let me just double-check here.

7            Just one moment, please.

8            I don't think I have any other questions.

9            Are there any other burning points that we didn't

10  discover that either side thinks the Court should focus on?

11  Any declarations or any documents submitted in the papers

12  that either side thinks the Court should look at again

13  before it makes its decision?

14           I'll start with the plaintiff.  Ms. Talla, or

15  Mr. Moreshead?

16           MS. TALLA:  No, Your Honor.  I think that the last

17  point we'd just make is that the defendants seem to have

18  just conceded that, you know, they sent out the 2018 notice,

19  something was going wrong, but yeah, they sent the same

20  exact notice in March 2021.

21           So there's, you know -- it's not really great

22  evidence that the March 2021 notice will be followed either.

23           THE COURT:  All right.  Mr. Darrow, anything --

24  any final comments, any exhibits or areas in your papers

25  that you think the Court should look at again closely before

1    it makes its decision?

2           MR. DARROW:  I think, Your Honor, if Your Honor

3    would look at the declaration of Ms. Jackson and her

4    description of the policy and what it was intended to do,

5    and the fact that deportation officers have been following

6    since the March 24th affirmation, if not before that.

7           And also to address plaintiff counsel's point from

8    a second ago, I don't have any specific evidence of

9    deviations prior to that.  I'm just saying that to the

10   extent that the agency was worried that this might be going

11   on, they're allowed to submit this affirmation and say,

12   "Look, we got these allegations.  We're going to strictly

13   enforce this.  Stop doing this."  And the Rosebrock case

14   supports that, that there's no negative inference to be

15   derived from that.

16          THE COURT:  All right.  Well, thank you all,

17   Counsel.  I appreciate the arguments on both sides.  Well

18   done.  It's given me a lot of food for thought.

19          So I'm going to take this matter under submission.

20   It may be a few days before the Court issues a ruling on it.

21   So the matter will remain under submission until the Court

22   issues its final ruling.

23          Again, thank you all.  Have a great weekend and

24   stay safe, everyone.  Take care.  Thank you.

25          (Thereupon, at 10:56 a.m., proceedings adjourned)

1

2                            -oOo-

3

4                         CERTIFICATE

5

6        I hereby certify that pursuant to Section 753,

7   Title 28, United States Code, the foregoing is a true and

8   correct transcript of the stenographically reported

9   proceedings held in the above-entitled matter and that the

10  transcript format is in conformance with the regulations of

11  the Judicial Conference of the United States.

12

13  Date:  October 20, 2021

14

15                              Lisa M. Gonzalez
                        /s/_____
16                      Lisa M. Gonzalez, U.S. Court Reporter
                        CSR No. 5920
17

18

19

20

21

22

23

24

25

MR. DARROW: [17]  3/13 3/17 16/5
17/3 17/19 18/9 18/14 18/17 18/23
19/8 20/4 21/3 21/23 23/4 26/1 26/16
29/1
MR. MORESHEAD: [11]  3/10 9/9 9/19
9/23 10/5 10/10 10/23 12/5 13/10
13/21 14/25
MS. TALLA: [12]  3/7 5/8 5/22 6/7 6/12
6/19 7/5 7/25 8/11 23/21 24/16 28/15
THE CLERK: [1]  3/3
THE COURT: [39]

-
-o0o [1]  3/3
-oOo [1]  30/2

/
/s [1]  30/15

0
0618 [1]  2/13

1
10:00 [1]  3/2
10:56 [1]  29/25
12 [1]  12/17
1357g [1]  16/18
1576 [1]  3/4

2
20 [1]  30/13
20044 [1]  2/12
2018 [2]  14/4 28/18
202-514-0618 [1]  2/13
2021 [13]  1/18 3/1 17/10 23/24 24/2
24/6 24/21 25/1 25/5 25/23 28/20
28/22 30/13
21-1576 [1]  3/4
21-CV-01576-AB [1]  1/8
213-683-9100 [1]  2/5
213.894.2979 [1]  1/25
2493 [1]  2/8
24th [3]  20/8 27/3 29/6
28 [1]  30/7

3
350 [2]  1/24 2/4
39 [1]  2/7

4
415-621-2493 [1]  2/8
4455 [1]  1/24

5
50th [1]  2/4
5920 [2]  1/23 30/16

7
753 [1]  30/6

8
868 [1]  2/11

9
90012 [1]  1/24
90071 [1]  2/5
9100 [1]  2/5
94111 [1]  2/8

answer [3]  16/4 16/8 20/5
answered [1]  16/8
ANTON [1]  2/10
any [18]  5/21 6/25 15/7 15/21 17/2 19/6
21/6 24/3 26/6 26/24 28/5 28/8 28/9
28/11 28/11 28/24 28/24 29/8
anyone [2]  6/11 24/15
anything [8]  3/20 4/5 9/11 14/12 20/15
25/3 26/19 28/23
anywhere [1]  24/21
APA [3]  23/10 23/13 23/19
apologies [3]  4/16 16/3 18/10
apparent [1]  4/22
apparently [1]  15/2
appearance [1]  3/7
APPEARANCES [1]  2/1
appreciate [2]  16/5 29/17
April [1]  14/3
are [40]
area [2]  5/17 17/7
areas [1]  28/24
argue [3]  11/20 17/10 22/24
argument [4]  4/20 16/19 22/8 23/21
arguments [1]  29/17
arrest [28]  5/6 5/14 5/16 5/21 5/25 6/23
7/1 8/6 8/14 10/1 15/10 15/10 16/14
17/12 17/13 17/19 18/1 18/4 18/20
20/15 20/19 24/7 24/16 24/23 25/2
27/6 27/7 27/13
arrested [18]  5/4 6/1 6/6 6/9 6/18 6/21
7/5 7/7 8/9 8/11 8/23 9/8 9/19 10/22
20/17 21/5 22/7 22/11
arrests [17]  8/16 8/20 10/10 10/14
12/11 13/13 16/10 16/14 20/24 22/24
24/1 25/10 25/13 25/17 27/3 27/19
28/3
as [28]  4/25 5/5 9/3 10/18 11/2 12/9
12/9 12/10 15/21 15/25 16/1 16/11
16/21 19/12 19/21 20/2 20/11 21/14
22/5 23/7 23/9 24/18 25/10 25/24
27/17 27/19 27/20 28/2
aside [3]  5/13 5/20 7/21
ask [5]  7/2 11/24 17/8 19/1 24/10
asking [1]  20/14
aspect [1]  10/5
assert [1]  20/2
assertion [2]  13/19 17/15
assist [2]  8/5 8/7
assume [2]  5/20 25/20
assuming [1]  14/17
attempted [1]  15/2
attesting [1]  24/23
August [2]  1/18 3/1
author [1]  27/22
authority [4]  15/25 16/14 16/17 27/24
authorize [2]  13/17 27/18
authorized [5]  13/12 16/13 19/7 20/3
28/3
authorizes [2]  11/10 27/23
Avenue [1]  2/4
away [2]  4/2 18/9

B
back [5]  6/5 7/10 10/24 11/24 25/22
backdrop [2]  5/5 19/12
badge [1]  21/7
based [2]  17/12 23/15
basically [1]  13/15
basis [1]  10/7
be [37]

a.m [2]  3/2 29/25
AB [1]  1/8
able [1]  5/15
about [21]  4/14 5/2 5/3 7/12 9/1 9/15
9/16 11/14 13/25 17/8 18/24 20/19
20/24 21/2 22/8 22/17 22/24 23/2 25/7
27/15 27/16
above [1]  30/9
above-entitled [1]  30/9
acknowledge [1]  19/23
ACLU [1]  2/6
action [3]  8/3 10/25 25/12
actions [2]  9/16 23/15
actors [2]  23/14 25/17
actual [4]  10/5 10/8 24/3 25/14
actually [7]  6/13 8/15 13/2 13/5 16/8
25/17 26/8
add [1]  15/20
addition [1]  25/13
address [4]  17/10 27/15 27/16 29/7
adjourned [1]  29/25
adjudicate [1]  11/22
adjudication [1]  15/5
administration [1]  3/24
adversely [1]  23/14
affect [1]  13/6
affected [1]  23/14
affirmation [5]  20/18 20/20 27/10 29/6
29/11
after [13]  5/25 9/12 9/12 9/16 14/6
15/18 15/18 20/9 20/20 20/24 26/25
27/3 27/12
after-the-fact [1]  9/16
afternoon [1]  3/16
again [13]  10/20 14/9 15/9 18/22 19/13
19/16 21/10 21/21 24/20 27/10 28/12
28/25 29/23
agency [8]  23/16 25/11 26/9 26/18
26/20 27/1 27/25 29/10
agency-wide [1]  23/16
ago [3]  4/3 4/11 29/8
agree [4]  5/20 17/15 17/22 22/23
al [2]  1/9 3/6
all [17]  3/10 4/8 4/18 5/8 5/9 8/5 10/8
11/6 11/15 17/22 22/11 28/4
28/23 29/16 29/16 29/23
allegation [1]  20/8
allegations [12]  10/18 20/7 20/8 20/11
20/22 20/24 21/23 22/8 23/8 25/8 26/4
29/12
allege [4]  7/4 10/12 10/14 27/20
alleged [5]  12/12 23/6 24/18 25/13
25/15
alleging [1]  13/11
allow [3]  16/22 16/24 17/22
allowed [2]  12/24 29/11
almost [1]  22/1
along [2]  24/24 25/2
already [1]  8/10
also [6]  3/12 10/14 14/9 22/15 26/9
29/7
although [1]  18/8
altogether [1]  25/16
am [2]  6/4 7/22
amicus [1]  15/22
ancillary [2]  13/4 22/1
ANDRE [1]  1/4
Angeles [4]  1/17 1/24 2/5 3/1
another [2]  13/24 19/2

## B

because [17]  8/3 8/14 9/11 9/13 10/8
11/20 12/10 13/5 13/16 14/3 15/1
17/11 17/18 18/7 18/18 18/23 19/13
been [13]  5/24 6/21 8/10 13/25 14/2
14/16 22/15 23/14 24/7 24/14 26/12
26/13 29/5
before [1]  3/20 11/25 14/3 18/8 20/23
26/7 27/17 28/13 28/25 29/6 29/20
begin [1]  3/20
behalf [2]  11/1 27/19
being [9]  6/4 7/22 8/9 8/19 10/15 20/17
22/25 23/3 24/1
believe [4]  10/7 13/19 14/5 17/9
believes [1]  6/18
Ben [1]  2/12
benefit [2]  8/18 8/21
better [3]  19/16 21/21 22/1
between [1]  20/7
Beverly [1]  4/2
BIROTTE [1]  1/4
bit [2]  13/4 18/7
bogeyman [1]  11/17
both [2]  7/7 24/18 29/17
Box [1]  2/11
brief [3]  9/1 15/22 16/1
briefing [1]  4/17
bring [1]  7/15
brings [1]  26/4
broad [1]  23/19
burden [1]  24/17
burning [1]  28/9

## C

CA [2]  2/5 2/8
CALIFORNIA [7]  1/2 1/17 1/24 2/6 3/1
10/13 10/17
call [1]  19/17
Calling [1]  3/4
can [15]  9/5 11/15 11/20 12/25 15/16
15/23 16/1 16/4 16/6 23/9 23/15 25/23
26/16 27/9 27/15
can't [5]  14/24 19/5 19/17 23/10 26/2
capacity [1]  17/3
care [1]  29/24
case [23]  3/4 4/8 5/22 5/25 6/14 7/11
7/12 7/15 9/15 11/11 11/20 12/22
14/11 16/20 20/1 20/12 21/14 22/16
22/18 26/8 26/21 27/14 29/13
cases [2]  4/10 27/12
categorize [1]  25/24
cause [1]  17/6
caused [1]  18/9
CCRR [1]  1/23
CENTRAL [1]  1/2
certainly [5]  7/16 8/3 16/6 20/10 28/1
CERTIFICATE [1]  30/4
certification [2]  8/4 22/15
certify [1]  30/6
Cesar [1]  21/9
challenge [3]  23/6 23/13 23/17
challenged [1]  26/25
challenging [5]  5/3 5/3 7/21
chance [1]  21/22
changed [1]  24/3
characterize [1]  14/19
charged [1]  24/15
check [2]  28/5 28/6
Chowchilla [1]  10/15
Circuit [3]  9/15 26/14 26/17

circulated [1]  14/4
circumstances [2]  6/23 7/1
citizen [1]  27/7
citizens [1]  20/17
civil [2]  2/10 3/4
claim [5]  7/15 22/3 22/14 23/12 23/19
clarification [1]  13/24
class [11]  8/3 8/4 8/5 8/8 8/22 10/20
10/25 11/2 11/5 15/4 22/14
clear [4]  9/11 11/8 14/23 25/16
clerked [1]  4/1
close [1]  24/22
closely [1]  28/25
closer [4]  18/7 18/22 24/22 26/16
Code [1]  30/7
collection [1]  25/7
come [1]  8/2
coming [1]  15/15
comment [2]  27/15 27/16
comments [1]  28/24
committed [2]  26/20 27/1
committing [1]  26/6
company [1]  17/2
complaint [15]  5/24 6/21 6/22 9/12 9/14
9/18 10/12 16/12 21/23 22/8 24/18
25/8 25/14 25/15 27/21
computer [1]  18/7
concede [1]  24/11
conceded [1]  28/18
conclusion [1]  12/9
conduct [6]  9/5 13/7 16/14 23/8 26/25
27/9
confer [1]  10/2
Conference [2]  1/16 30/11
confinement [1]  18/3
conformance [1]  30/10
consistent [1]  14/16
constitute [2]  17/18 25/11
constitutes [1]  23/25
contemplates [1]  25/19
continue [1]  15/8
continued [1]  26/25
continues [1]  23/23
contract [9]  17/2 21/7 25/14 25/15
25/18 25/19 27/16 27/16 27/17
contract-related [2]  25/15 25/19
contracted [1]  17/5
contractor [14]  5/14 5/21 5/25 6/6 6/19
7/5 7/7 7/8 8/6 8/14 15/10 17/11 19/6 25/3
27/6
contractors [22]  5/15 8/16 8/19 8/23
12/3 12/4 16/9 16/15 16/18 16/23
16/24 17/25 20/17 20/21 20/24 22/24
24/1 25/10 25/20 27/19 27/22 28/2
Contreras [2]  21/9 21/16
convert [1]  12/19
correct [8]  8/12 9/20 10/6 10/24 19/9
21/4 27/24 30/8
could [11]  7/2 7/2 7/16 15/8 16/17
17/13 17/16 18/12 19/1 19/6 24/5
counsel [5]  3/7 3/8 3/12 20/12 29/17
counsel's [1]  29/7
country [1]  22/12
couple [1]  4/11
coupled [1]  27/10
course [3]  6/1 6/21 12/20
court [19]  1/1 7/2 7/9 7/17 11/15 14/3
15/12 15/22 18/5 19/12 19/15 20/1
21/20 28/10 28/12 28/25 29/20 29/21
30/16

Courthouse [1]  1/23
criticizing [1]  19/20
crux [1]  16/19
CSR [2]  1/23 30/16
curious [1]  15/21
currently [1]  14/2
custody [2]  18/19 25/20
CUSTOMS [1]  1/9 3/5
CV [1]  1/8

## D

damages [1]  20/15
DARROW [8]  2/10 3/15 15/14 18/5
20/2 25/6 25/22 28/23
Date [1]  30/13
DAVID [2]  2/3 3/12
David Moreshead [1]  3/12
day [1]  19/5
days [2]  19/2 29/20
DC [1]  2/12
dear [1]  4/1
decide [1]  12/10
decides [2]  12/14 12/18
decision [5]  9/6 10/20 21/21 28/13 29/1
declaration [20]  6/10 6/14 6/25 8/10
8/13 15/18 15/18 15/19 20/14 21/2
21/5 21/7 22/6 24/3 24/6 24/11 24/13
24/19 24/23 29/3
declarations [9]  4/18 4/21 8/17 10/9
11/16 19/14 27/4 27/11 28/11
declaratory [1]  5/13
deed [2]  14/20 25/24
deemed [1]  27/14
defendant's [1]  9/5
defendants [6]  1/10 2/9 8/15 22/21
23/23 28/17
defendants' [3]  16/9 16/19 16/23
defer [1]  21/21
defines [1]  16/12
definition [1]  17/12
delegated [1]  16/17
delegates [1]  27/23
denied [1]  12/23
Department [1]  3/22
depending [1]  4/12
deportation [2]  21/8 29/5
derived [1]  29/15
describe [1]  11/15
description [1]  29/4
despite [1]  13/7
determination [1]  15/11
determine [1]  12/25
deviated [1]  23/8
deviations [3]  21/1 23/11 29/9
did [2]  4/16 15/7
didn't [5]  14/14 21/6 26/14 26/17 28/9
differently [1]  21/17
differing [1]  21/19
directly [1]  25/6
director [1]  24/25
directors [1]  24/4
disclosure [1]  4/6
discover [1]  28/10
discovery [3]  12/21 20/2 20/4
dismiss [1]  4/15
disparate [2]  25/7 25/17
dispute [3]  8/15 21/20 23/2
disputes [4]  22/17 22/19 22/22 23/1
distinguish [1]  20/7
DISTRICT [1]  1/1 1/2 1/23

DIVISION [2]   1/3 2/10
do [14]   5/6 8/4 10/14 11/15 12/5 12/5
14/24 15/16 15/23 17/15 18/5 21/10
28/22 29/4
documents [3]   25/15 25/19 28/11
does [7]   5/22 7/15 11/15 16/18 17/1
26/1 27/18
doesn't [14]   4/5 6/10 7/14 9/13 13/5
13/16 15/3 15/17 16/14 16/22 17/10
17/24 19/24 24/21
doing [4]   11/9 13/19 14/25 29/13
DOJ [1]   2/9
DOJ-USAO [1]   2/9
don't [18]   4/8 4/24 7/18 11/14 12/3 12/4
14/19 14/22 15/9 15/20 18/9 19/22
24/3 24/14 25/3 28/5 28/8 29/8
done [1]   29/18
double [1]   28/6
double-check [1]   28/6
doubt [1]   4/19
down [1]   17/1
drawn [1]   4/25
drives [1]   12/9
Drumm [1]   2/7

E

e-mail [4]   14/4 14/14 23/24 25/4
earlier [2]   6/3 25/23
early [2]   15/17 19/13
easily [1]   24/5
echo [2]   18/8 18/23
effect [1]   5/21
effectively [2]   12/10 12/13
effectuate [1]   8/20
effort [1]   20/25
efforts [1]   15/3
either [6]   4/12 12/25 17/25 28/10 28/12
28/22
either/or [1]   17/25
else [3]   14/24 15/16 19/19
employee [1]   10/22
employees [1]   14/5
end [1]   5/1
ends [1]   11/11
enforce [4]   14/14 26/11 27/24 29/13
enforced [1]   28/1
enforcement [8]   1/9 3/5 14/10 14/13
14/16 16/17 26/6 27/2
enforcing [2]   13/23 26/21
engage [1]   6/5
enough [3]   11/22 14/24 21/20
ensure [1]   25/2
entitled [2]   15/5 30/9
entitlement [1]   15/11
Escobar [2]   21/3 21/25
Escobar's [1]   21/5 21/15
ESQ [2]   2/3 2/10
essence [3]   7/23 13/8 13/10
essentially [3]   12/18 13/12 14/15
establish [2]   8/13 8/19
established [2]   14/1 14/2
et [2]   1/9 3/6
et al [1]   3/6
evaluate [1]   24/15
even [5]   14/7 14/17 19/22 25/10 26/12
ever [1]   24/13
every [4]   24/7 24/16 24/23 25/2
everyone [2]   4/7 29/24
everything [1]   4/19

evidence [10]   6/16 6/25 20/19 22/10
23/18 23/25 24/22 25/18 26/22 29/8
exact [1]   28/20
example [1]   24/5
excellent [1]   4/17
excuse [1]   27/22
exhibits [1]   28/24
exist [2]   15/7 15/8
existence [3]   7/19 26/12 26/13
existing [1]   17/21
expect [1]   27/9
expired [1]   14/6
explaining [1]   20/25
explicitly [1]   11/12
extent [4]   15/8 16/4 26/6 29/10

F

facilities [1]   10/17
facility [6]   10/15 10/18 14/13 17/18
18/13 19/8
fact [6]   9/4 9/9 9/12 9/16 10/25 12/7
13/1 20/18 22/11 25/4 26/18 26/19
27/11 27/20 29/5
factor [1]   26/23
factors [1]   26/24
factual [5]   21/20 22/2 22/17 22/19
22/22
fair [1]   3/17
fairly [1]   9/4
false [1]   20/15
far [1]   12/9
favor [1]   18/6
favorable [2]   9/6 10/20
fear [6]   9/21 9/22 9/24 10/1 10/4 10/21
fearful [1]   9/19
federal [1]   27/24
felt [3]   26/4 26/9 26/18
fences [1]   14/13
few [1]   29/20
field [3]   17/14 24/4 24/25
file [2]   3/19 23/15
filed [5]   6/1 6/15 9/12 9/14 9/18
filing [2]   5/24 6/20
final [3]   25/11 28/24 29/22
find [3]   15/7 20/4 23/13
firmly [1]   26/20
first [2]   1/24 16/8
flashbacks [1]   4/12
flesh [1]   21/22
flip [3]   9/17 11/13 25/24
Floor [1]   2/4
flowing [1]   25/18
flush [1]   9/2
focus [1]   28/10
folks [3]   3/23 4/4 8/10 15/23 19/18
23/16
followed [3]   22/25 23/3 28/22
following [1]   29/5
food [1]   29/18
foregoing [1]   30/7
Forgive [1]   9/2
form [1]   16/10
format [1]   30/10
forth [1]   6/5
forward [3]   8/24 20/1 20/16
found [1]   26/21
Francisco [1]   2/8
Franklin [1]   2/12
Friday [2]   1/18 3/1
friend [1]   4/1

Fuentes [1]   21/25
full [1]   17/10
fully [1]   4/6
FYI [1]   3/20

G

G4S [18]   7/7 9/8 9/19 10/1 10/9 10/22
13/9 13/12 13/18 17/2 17/12 17/16
19/5 19/22 19/23 23/25 25/3 27/18
GABRIELA [2]   1/6 3/4
game [1]   5/1
general [2]   10/13 20/6
gentlemen [1]   21/6
genuine [1]   22/22
geographic [1]   5/17
get [10]   7/2 7/24 9/1 15/15 17/1 18/22
19/5 21/10 24/21 24/22
getting [4]   4/9 18/12 19/4 21/12
give [1]   7/18
given [2]   25/1 29/18
glib [1]   11/14
go [8]   5/6 7/16 7/24 9/13 11/24 17/16
19/7 25/6
goes [6]   8/13 10/24 12/9 14/21 16/19
25/24
going [23]   4/19 7/4 7/18 7/23 8/23
11/13 13/10 13/16 14/23 15/19 16/2
19/19 20/4 22/20 24/13 26/1 26/3
26/11 26/20 28/19 29/10 29/12 29/19
GONZALEZ [3]   1/23 30/15 30/16
good [7]   3/10 3/11 3/13 3/14 3/16
14/20 25/24
got [11]   4/18 8/25 9/3 12/24 15/16 15/18
18/17 19/11 19/14 19/18 29/12
Government [17]   3/15 12/1 14/19
14/21 14/22 14/25 15/2 15/15 15/24
17/2 17/7 19/20 19/21 19/21 21/14
23/23 24/4
Grand [1]   2/4
granted [1]   17/23
gray [1]   21/6
great [2]   28/21 29/23
group [1]   14/4
guess [4]   3/20 11/24 21/10 21/18
guess that's [1]   21/18
guys [1]   4/16

H

had [8]   4/10 6/21 8/10 8/10 9/20 9/24
21/22 26/12
hall [1]   4/3
hand [1]   5/2
hang [1]   19/1
happen [2]   11/8 15/17
happened [4]   9/12 10/17 20/18 20/23
happening [1]   19/15
has [23]   4/25 9/8 9/11 10/16 11/3
12/12 12/19 13/1 13/12 14/1 15/2 15/4
15/11 18/20 19/2 20/1 22/15 24/3 24/7
24/23 24/25 26/13 26/25
hasn't [1]   13/25
have [35]
haven't [4]   6/13 6/24 22/5 24/8
having [2]   4/11 10/1
he [6]   4/5 21/3 21/4 21/5 21/12 21/17
he's [1]   21/17
hear [1]   4/23
heart [2]   23/3 27/8
held [2]   10/15 30/9
help [1]   8/11

## H

helpful [1]  20/7
her [8]  6/10 6/23 6/25 6/25 7/1 7/14
9/13 29/3
here [20]  3/19 4/18 5/2 7/19 8/2 9/11
11/9 12/8 13/6 15/19 22/2 22/10 22/21
23/6 23/17 24/4 26/13 27/2 27/21 28/6
hereby [1]  30/6
herself [6]  6/14 8/2 22/3
Hey [1]  15/23
his [1]  7/19
Hold [2]  17/9 26/15
HON [1]  1/4
honest [1]  4/19
Honor [32]
horse's [1]  4/23
how [6]  4/12 8/7 10/19 11/20 11/22
19/12
however [1]  20/11
hung [1]  14/12

## I

I'd [1]  4/22
I'll [2]  4/24 28/14
I'm [20]  4/9 4/11 4/19 5/18 6/17 7/18
9/2 11/19 11/21 15/24 18/5 18/5 18/24
19/20 21/9 21/10 21/13 21/16 29/9
29/19
I've [2]  15/18 16/3
ICE [40]
ICE's [1]  16/25
ICE's-stated [1]  16/25
ICE-stated [3]  18/15 22/25 23/1
idea [2]  14/15 22/17
identifies [1]  27/4
immigration [16]  1/9 2/10 3/5 16/10
16/13 16/22 17/3 18/1 18/2 18/19
18/21 18/25 22/7 22/11 27/4 28/3
imminence [1]  10/5
impact [1]  7/23
important [1]  12/8
importantly [1]  15/5
inappropriate [1]  12/18
inaudible [1]  17/24
include [2]  16/15 16/18
included [2]  6/25 10/18
incorrect [1]  22/9
individual [1]  23/15
individual's [1]  18/3
individuals [6]  5/16 8/18 8/20 23/12
23/13 27/13
individuals' [1]  8/12
induce [1]  26/18
indulge [2]  9/7 19/3
inextricably [2]  12/15 12/17 23/4
inference [1]  29/14
injunctive [2]  5/12 8/22
injury [12]  9/4 9/4 9/5 9/9 9/9 9/22 9/23
9/25 9/25 10/2 10/19 11/1 11/4
inquiry [1]  27/8
inside [1]  4/5
instance [3]  14/11 24/14 24/16
instances [1]  10/14
instructions [1]  25/1
intend [1]  8/4
intended [1]  29/4
interest [1]  4/6
interesting [1]  4/8
internal [1]  13/21
interpret [1]  16/1

interpretation [1]  21/18
interpretations [1]  21/19
interrupt [1]  6/4
interrupting [2]  5/19 21/10
intertwined [4]  12/15 12/17 22/18 23/4
involved [2]  10/9 22/22
involving [1]  4/11
is [90]
isn't [7]  14/24 15/20 21/19 23/2 23/3
23/4 27/2
Israel [1]  21/3
issue [12]  8/14 9/2 12/13 12/18 14/21
14/23 15/2 15/3 15/6 15/25 17/11
23/17
issued [1]  24/6
issues [4]  7/12 12/14 29/20 29/22
it [62]
it's [20]  5/3 6/4 6/4 10/16 14/15 14/15
14/22 16/2 16/8 18/23 19/13 19/21
20/3 20/6 20/20 23/3 24/12 25/16
28/21 29/18
its [4]  13/20 28/13 29/1 29/22
itself [2]  9/25 14/5

## J

Jackson [1]  29/3
jail [1]  24/7
jails [2]  5/16 25/20
job [1]  4/17
JOSEPH [2]  2/10 3/15
Joseph Darrow [1]  3/15
JR [1]  1/4
JUDGE [2]  1/4 4/2
judgment [2]  12/20 12/21
Judicial [1]  30/11
jump [3]  4/15 17/6 25/22
juncture [3]  19/13 19/16 21/15
jurisdiction [1]  22/17
jurisdictional [1]  12/13
just [35]
justice [2]  3/22 3/23
justify [1]  7/19

## K

key [1]  22/19
know [28]  3/21 3/23 3/25 4/4 4/7 4/8
4/10 4/24 11/10 14/19 14/22 15/9
15/20 18/9 19/22 20/10 23/7 23/11
23/14 24/25 25/8 25/23 26/11 26/14
27/8 28/5 28/18 28/21

## L

lack [3]  19/16 21/21 22/1
lacks [1]  22/15
laid [1]  17/7
language [3]  23/1 25/14 27/21
lapel [1]  11/17
last [2]  16/8 28/16
lasted [1]  14/7
late [1]  8/2
later [1]  14/14
law [7]  14/11 14/13 16/16 16/24 22/16
22/18 27/24
lawsuit [1]  5/17
least [6]  19/14 19/15 19/24 20/1 21/24
24/24
legal [4]  7/10 12/8 16/11 22/23
let [14]  3/19 4/4 4/15 5/6 11/24 11/24
13/14 15/14 20/1 20/2 24/10 25/22
28/5 28/6

let's [3]  5/20 17/1 19/4
letter [1]  6/11
level [1]  20/6
light [1]  20/10
like [8]  4/5 4/22 6/11 13/9 14/11 20/15
21/12 25/3
likely [1]  5/24
lines [1]  24/24
LISA [3]  1/23 30/15 30/16
literally [2]  11/14 17/12
litigation [4]  2/11 11/21 11/23 19/14
little [4]  13/4 18/6 18/22 26/16
LLP [1]  2/3
locality [2]  19/1 19/2
longer [1]  5/14
look [16]  3/22 4/12 4/16 11/7 11/7
11/13 15/15 15/16 19/16 26/5 26/10
26/23 28/12 28/25 29/3 29/12
looked [1]  22/16
Los [4]  1/17 1/24 2/5 3/1
lot [5]  3/23 4/9 4/17 16/3 29/18
lucky [1]  4/9

## M

made [2]  15/3 25/7
mail [4]  14/4 14/14 23/24 25/4
main [1]  3/23
make [11]  8/16 18/20 20/10 22/24
23/24 24/1 24/13 25/10 25/16 26/1
28/17
makes [5]  11/8 11/8 12/14 28/13 29/1
making [2]  14/23 21/21
manner [1]  5/3
March [15]  17/10 20/8 21/3 23/24 24/2
24/6 24/21 25/1 25/4 25/5 25/23 27/3
28/20 28/22 29/6
March 2021 [9]  17/10 24/2 24/6 24/21
25/1 25/5 25/23 28/20 28/22
March 24th [3]  20/8 27/3 29/6
matter [5]  12/24 27/20 29/19 29/21
30/9
matters [1]  22/2
may [9]  3/20 4/10 4/10 4/20 4/22 14/7
14/16 19/25 29/20
maybe [4]  11/20 13/4 18/6 20/23
me [20]  3/19 4/15 4/21 9/2 9/7 11/8
11/24 11/24 13/14 15/14 17/6 18/6
18/11 19/3 24/10 25/22 27/22 28/5
28/6 29/18
mean [18]  5/2 5/6 7/4 7/25 11/7 11/9
11/11 11/14 11/18 12/2 12/2 14/24
15/3 15/15 20/22 21/15 24/14 26/3
meaning [1]  5/14
means [1]  13/20
measured [1]  9/14
members [5]  8/5 8/7 8/22 10/21 11/2
memo [4]  24/14 25/23 26/1 26/5
mentioned [1]  27/17
mere [1]  21/23
merits [7]  12/14 12/25 15/5 22/18
22/20 22/22 23/4
might [7]  4/12 7/3 9/19 10/21 11/20
24/22 29/10
mine [1]  4/1
minimum [1]  11/16
minor [1]  22/1
misspoke [1]  6/17
mistaken [1]  21/17
moment [3]  9/7 11/25 28/7
moot [6]  7/15 16/20 23/18 24/12 26/22

## M

moot... [1]  27/14
mootness [5]  7/12 9/17 12/13 22/3 24/17
more [5]  3/20 3/24 8/8 12/5 15/4
MORESHEAD [9]  2/3 3/12 3/25 4/1 4/25 7/11 7/16 7/19 28/15
morning [4]  3/10 3/11 3/13 3/14
most [2]  12/7 26/23
mostly [1]  8/19
motion [7]  4/14 12/9 12/17 12/19 12/21 12/23 22/15
mouth [1]  4/23
move [2]  8/4 20/1
moving [1]  20/16
Mr [2]  4/1 18/5
Mr. [15]  3/25 4/25 7/11 7/16 7/19 15/14 20/2 21/5 21/15 21/16 21/25 25/6 25/22 28/15 28/23
Mr. Contreras [1]  21/16
Mr. Darrow [5]  15/14 20/2 25/6 25/22 28/23
Mr. Escobar's [2]  21/5 21/15
Mr. Fuentes Escobar [1]  21/25
Mr. Moreshead [6]  3/25 4/25 7/11 7/16 7/19 28/15
Ms [17]  4/25 5/18 5/23 6/14 6/18 7/4 7/6 7/10 7/23 8/2 10/15 11/2 11/3 12/12 22/6 28/14 29/3
Ms. [1]  22/4
Ms. Solano [1]  22/4
MSJ [1]  12/25
multiple [1]  26/24
MUNGER [1]  2/3
must [1]  18/1
my [8]  3/19 4/16 4/21 7/6 16/3 18/8 18/10 25/1

## N

named [4]  22/3 22/10 22/11 22/13
necessary [1]  25/25
need [3]  26/4 26/10 26/18
nefarious [1]  26/20
negative [1]  29/14
Neither [1]  17/20
Ninth [3]  9/15 26/14 26/17
Ninth Circuit [2]  26/14 26/17
no [28]  1/8 1/23 5/9 5/9 5/9 5/9 5/14 6/16 11/9 12/11 13/11 14/20 17/20 17/24 19/22 21/1 21/25 22/13 22/21 22/23 23/5 23/16 23/18 24/13 25/24 28/16 29/14 30/16
nobody [1]  22/25
non [2]  20/17 27/7
non-citizen [1]  27/7
non-citizens [1]  20/17
none [1]  20/23
NORTHERN [1]  2/6
not [61]
noted [2]  16/21 22/5
nothing [6]  6/17 6/22 26/1 26/3 27/21 27/23
notice [11]  14/23 17/10 23/24 24/2 24/6 24/21 25/1 25/4 28/18 28/20 28/22
notion [2]  3/24 14/20
now [4]  3/24 11/13 15/2 21/12
number [4]  3/23 4/3 4/14 8/9

## O

O'Connell [1]  4/2

## O (O0)

o0o [1]  1/3
obtain [1]  20/13
occur [1]  18/19
occurred [5]  13/2 20/11 20/20 24/24 27/3
October [1]  30/13
office [4]  2/10 17/14 24/4 24/25
officer [20]  6/9 7/7 7/13 9/8 9/19 16/22 17/13 17/16 18/1 18/2 18/13 18/20 18/21 18/25 19/6 21/8 22/7 22/12 24/8 25/2
officers [16]  10/9 13/9 13/13 13/15 13/19 13/20 13/22 16/10 16/13 16/16 16/17 20/20 27/5 27/11 28/3 29/5
okay [8]  5/4 7/9 8/25 9/3 11/6 11/9 16/2 19/4
OLSON [1]  2/3
once [2]  12/16 12/16
one [10]  4/12 5/2 11/20 17/7 17/9 21/18 25/23 26/15 27/5 28/7
one's [1]  24/13
ones [1]  27/12
only [5]  10/13 11/14 14/3 22/10 25/4
oOo [1]  30/2
opportunity [2]  7/19 16/7
opposition [1]  6/24
order [2]  18/18 21/3
other [9]  8/5 8/8 10/8 10/17 13/3 21/23 28/5 28/8 28/9
otherwise [1]  11/12
our [6]  6/8 6/24 7/12 21/14 23/10 24/18 24/19 25/8
out [21]  5/15 9/2 10/21 11/17 11/21 11/22 16/3 16/11 17/7 20/2 20/4 20/12 21/22 22/18 24/1 24/7 25/10 25/25 26/5 26/10 28/18
outside [1]  14/13
over [2]  11/25 15/14
overall [3]  23/7 23/16 27/8
own [3]  5/15 13/20 16/10

## P

P.O [1]  2/11
pan [1]  20/2
papers [5]  4/22 6/17 20/3 28/11 28/24
participated [1]  12/20
particular [1]  24/24
particularly [1]  3/24
parties [2]  21/22 22/23
party [1]  15/23
passed [2]  4/2 11/3
past [2]  23/8 23/15
pattern [1]  13/7
people [2]  8/23 25/20
people's [1]  20/14
perform [5]  13/13 18/1 18/3 27/19 28/3
performed [1]  27/6
perhaps [2]  13/22 15/4
period [1]  14/8
permitted [1]  13/12
person [5]  5/6 19/1 21/16 21/17 27/6
personally [1]  27/5
perspective [1]  16/23
ph [1]  14/11
picture [1]  22/2
piece [1]  23/10
place [3]  13/5 15/22 22/9
placed [2]  6/1 27/12
plaintiff [20]  1/7 2/3 3/9 3/12 4/14 5/4 5/11 5/22 9/8 9/9 10/3 15/4 15/10 22/3

## P (cont.)

22/10 22/11 26/4 27/3 28/14 29/7
plaintiffs [6]  5/1 19/1 20/12 23/14 23/20 27/15
plaintiffs [8]  11/25 17/9 20/10 22/5 22/24 23/6 23/13 27/20
play [2]  11/21 11/22
pleading [1]  15/9
please [2]  3/7 28/7
point [13]  12/8 12/16 13/3 16/11 16/12 17/6 19/17 23/10 23/23 24/12 25/6 28/17 29/7
pointed [1]  20/12
points [3]  12/6 22/18 28/9
policies [3]  13/21 13/23 15/16
policy [52]
portion [1]  9/17
position [4]  7/13 16/9 27/25 28/1
possibility [2]  14/9 19/24
post [1]  21/3
potentially [1]  15/8
practical [1]  14/10
practice [9]  10/13 12/11 13/7 15/7 20/3 24/3 24/18 25/9 25/11
practices [2]  25/8
predict [1]  11/20
prediction [1]  11/21
premature [1]  12/22
present [8]  6/9 7/8 7/14 16/11 18/2 18/14 24/8 25/2
PRESIDING [1]  1/4
prevent [1]  8/9
preview [1]  7/3
previewed [1]  12/7
prior [5]  15/9 15/10 20/7 20/11 29/9
prison [7]  6/9 17/13 17/17 18/12 19/4 19/7 24/7
prisons [2]  5/16 25/21
private [22]  5/13 5/15 5/21 5/25 8/6 8/13 8/16 8/19 8/23 12/3 12/4 16/9 16/15 16/18 16/23 16/24 17/11 17/24 19/6 22/23 25/9 25/20
probably [1]  12/7
proceed [1]  12/24
proceeding [1]  15/18
proceedings [4]  1/15 6/2 29/25 30/9
process [1]  7/25
prone [1]  6/4
prospective [2]  8/8 8/21
prospectively [1]  20/13
provide [1]  17/5
provided [1]  22/6
provides [2]  17/25 27/22
PTSD [1]  4/12
pull [1]  3/19
purely [1]  20/13
purpose [1]  8/17
pursuant [1]  30/6
put [4]  25/25 26/4 26/10 27/7
putative [7]  8/3 8/22 10/25 11/2 11/5 15/4 22/14

## Q

qualify [1]  28/2
question [5]  5/1 13/6 16/8 17/8 18/8 20/6 26/7
questions [6]  4/14 4/22 7/11 16/4 28/6 28/8
quote [1]  17/17
quote-unquote [1]  17/17

**R**

rather [1] 22/9
re [2] 5/6 28/1
re-arrest [1] 5/6
re-enforced [1] 28/1
reach [1] 12/16
read [3] 17/11 17/23 21/5
ready [1] 7/11
reaffirm [1] 26/19
reaffirmation [2] 26/10 27/12
reaffirmed [1] 27/1
reaffirming [1] 26/5
realistic [1] 24/12
really [10] 8/13 9/13 9/15 12/9 14/2
14/3 22/2 22/21 24/12 28/21
reason [3] 9/10 18/6 19/5
reasonable [5] 9/21 9/22 9/24 10/1 10/4
reasonably [1] 27/9
record [1] 14/2
recur [1] 24/20
redress [1] 10/23
redressability [1] 11/4
redressed [3] 9/5 10/20 11/1
referring [1] 4/21
regarding [1] 22/16
regardless [2] 7/13 16/24
regulation [3] 16/12 17/21 19/9
regulations [4] 17/16 17/22 28/2 30/10
Reid [1] 4/2
Reid O'Connell [1] 4/2
related [2] 25/15 25/19
relates [2] 5/1 9/3
relationship [1] 19/23
relative [1] 17/3
release [1] 19/2
released [3] 18/3 18/12 19/4
relevant [2] 13/4 14/8
relief [3] 5/13 8/22 23/9
relying [2] 14/1 14/7
remain [1] 29/21
remedy [8] 5/5 5/7 5/12 7/21 8/1 8/4
8/18 8/21
remember [1] 4/19
removal [2] 5/3 6/1
removed [3] 7/24 11/4 22/12
render [1] 7/15
rendered [1] 5/8
repeating [1] 4/20
rephrase [1] 13/14
reported [1] 30/8
Reporter [1] 30/16
REPORTER'S [1] 1/15
represent [2] 15/25 26/3
required [1] 14/14
resolve [2] 15/2 15/3
respects [3] 11/10 14/20 15/23
response [3] 12/2 14/18 23/20
responsibility [1] 24/15
result [1] 12/23
retrospective [1] 23/9
reviewability [1] 23/10
right [13] 3/10 4/8 4/15 6/7 6/12 7/24
8/1 13/21 17/1 21/9 28/4 28/23 29/16
rights [1] 20/14
robe [1] 21/11
rogue [5] 13/10 13/16 23/11 23/14
25/17
Room [1] 1/24
Rosebrock [7] 14/11 26/8 26/14 26/17
26/24 27/14 29/13

routine [1] 25/9
rude [1] 8/4
rules [1] 17/16
ruling [2] 29/20 29/22

**S**

safe [1] 29/24
said [5] 6/3 11/2 21/12 21/13 25/23
said/she [1] 21/12
same [4] 4/3 14/15 26/12 28/19
San [1] 2/8
saw [1] 6/11
say [10] 5/2 6/10 7/22 15/16 17/24 19/4
19/16 20/16 21/25 29/11
saying [17] 10/4 12/3 13/18 18/12
20/25 21/13 21/14 21/16 22/6 23/17
24/6 26/5 26/10 27/5 27/12 28/2 29/9
says [15] 11/12 12/4 13/16 14/22 15/23
16/16 16/16 16/21 18/1 18/18 19/21
21/5 21/17 22/10 27/21
scenario [2] 17/25 26/9
screen [1] 18/7
second [4] 17/9 19/3 26/15 29/8
section [3] 16/18 23/10 30/6
secure [2] 17/5 27/17
see [1] 21/6
seek [3] 8/21 20/12 23/9
seeking [1] 5/12
seem [2] 4/9 28/17
seems [1] 21/14
seen [1] 24/25
send [1] 5/15
sending [1] 25/9
sense [2] 23/5 26/1
sent [4] 24/1 25/4 28/18 28/19
service [1] 22/9
services [2] 17/5 27/18
set [4] 5/13 5/20 7/21 25/17
several [2] 4/2 12/6
she [15] 6/1 6/6 6/9 6/10 6/11 6/18
6/21 7/4 9/11 9/18 9/19 9/19 9/20 9/24
21/12
she'll [1] 7/24
She's [1] 7/23
shirts [1] 11/17
short [1] 4/25
should [12] 6/3 12/23 12/24 14/24
15/22 19/6 19/12 21/20 27/14 28/10
28/12 28/25
Shouldn't [1] 19/15
show [6] 9/4 10/9 20/20 24/17 24/18
24/19
showing [1] 8/18
shows [2] 23/18 27/13
side [5] 9/17 11/13 25/25 28/10 28/12
sides [1] 29/17
sideshow [1] 22/1
significant [1] 26/23
similar [1] 27/13
simple [1] 7/22
since [3] 24/6 24/13 29/6
single [4] 24/7 24/14 24/16 24/23
so [47]
SOLANO [14] 1/6 3/5 5/23 6/14 6/18
7/4 7/6 7/23 8/2 10/15 11/3 12/12 22/4
22/6
sole [1] 22/10
some [12] 4/10 4/21 11/10 13/18 14/4
14/20 15/3 15/22 16/1 16/4 18/6 20/23
somehow [1] 13/18

someone [2] 17/13 18/12
someone's [1] 19/4
something [3] 15/19 19/19 28/19
something's [1] 11/18
sorry [7] 5/18 6/17 9/2 18/5 18/5 18/24
21/10
sort [4] 11/11 11/19 14/23 15/23
sought [1] 8/2
sound [1] 11/14
South [1] 2/4
speak [4] 4/23 15/24 18/6 26/16
speaks [1] 26/9
specific [3] 4/21 10/18 29/8
specifically [4] 3/25 10/12 10/16 17/24
specter [1] 19/15
speechless [1] 5/8
staff [1] 25/1
stage [5] 11/23 12/14 15/9 15/17 19/25
standard [1] 12/8
standing [10] 7/12 7/14 9/1 9/3 9/11
9/13 9/13 10/22 12/13 22/15
start [5] 4/24 20/6 23/22 27/9 28/14
starting [1] 18/23
state [3] 3/7 6/22 16/16
stated [7] 12/10 14/5 16/21 16/25
18/15 22/25 23/1
statement [1] 3/17
STATES [1] 1/1 30/7 30/11
stating [1] 7/1
Station [1] 2/12
statutorily [2] 27/23 27/23
stay [1] 29/24
stenographically [1] 30/8
still [5] 7/23 7/24 15/7 15/11 26/21
Stop [2] 18/22 29/13
straw [1] 4/25
Street [2] 1/24 2/7
strict [2] 26/6 27/1
strictly [2] 26/11 29/12
struggle [1] 11/7
struggling [1] 11/19
subjected [2] 5/24 8/6
submission [2] 29/19 29/21
submit [1] 29/11
submitted [7] 6/13 8/10 20/19 24/4 24/5
24/9 28/11
Subsequent [1] 6/24
subsequently [2] 22/12 24/19
such [3] 14/12 23/18 24/11
suffered [1] 9/9
suffering [1] 9/25
sufficient [2] 10/2 25/10
suggest [2] 6/16 6/18
suggesting [6] 13/9 13/15 15/24 16/2
19/18 24/10
suggests [2] 11/16 15/19
summary [2] 12/19 12/21
support [1] 22/23
supports [1] 29/14
supposed [2] 11/8 14/12
sure [1] 11/21
switch [2] 11/25 15/14
systematic [1] 25/9

**T**

take [5] 17/17 19/7 21/14 29/19 29/24
taking [1] 27/25
talk [2] 7/11 9/1
talking [2] 9/16 13/25
talks [1] 9/15

**T**

TALLA [8]   2/7 3/8 4/25 5/10 5/18 7/10
  11/2 28/14
tell [1]   11/6
term [3]   19/16 21/21 22/2
terms [1]   18/15
than [2]   3/20 21/23
thank [5]   5/10 15/13 16/6 26/16 28/4
  29/16 29/23 29/24
that [215]
that's [10]   10/5 11/19 14/2 14/6 21/13
  21/18 22/19 23/17 28/1 28/1
thee [1]   10/9
their [8]   5/15 6/11 11/17 16/1 16/10
  16/12 24/17 27/20
them [14]   4/18 5/6 8/9 8/11 14/14 17/5
  17/14 17/17 19/2 19/7 19/22 24/21
  24/22 27/24
themselves [3]   15/25 19/7 27/20
then [19]   7/2 8/25 10/19 12/16 12/19
  12/24 13/3 13/14 13/16 14/7 15/20
  17/13 18/11 18/25 22/8 22/12 22/14
  23/15 24/19
theoretical [1]   10/16
theory [2]   17/11 17/16
there [39]
there's [17]   4/17 6/16 6/22 11/9 11/11
  11/16 12/6 13/22 14/9 18/7 19/17
  22/13 22/23 24/14 26/24 28/21 29/14
therefrom [1]   21/1
Thereupon [1]   29/25
these [22]   4/10 10/8 10/13 11/15 12/11
  13/9 13/12 13/13 16/10 16/14 19/18
  20/17 21/22 23/7 23/11 25/7 25/17
  27/11 27/13 28/2 28/3 29/12
they [19]   8/15 10/21 15/24 15/25 16/1
  17/4 19/23 20/12 22/7 23/6 23/7 23/9
  23/12 23/12 23/15 24/5 24/8 28/18
  28/19
they're [4]   14/1 20/13 20/15 29/11
things [3]   4/20 11/22 20/22
think [17]   3/16 4/18 13/25 14/22 15/14
  17/21 20/5 20/6 20/18 22/21 24/15
  26/23 27/10 28/8 28/16 28/25 29/2
thinks [2]   28/10 28/12
third [1]   15/23
third-party [1]   15/23
this [65]
those [5]   8/12 8/17 16/4 23/9 23/16
though [1]   26/12
thought [3]   8/9 17/7 29/18
through [6]   4/18 7/24 12/25 18/11
  20/25 24/19
throughout [2]   10/13 14/8
thrown [1]   16/3
tie [2]   7/10 25/16
ties [1]   19/22
time [5]   5/23 6/20 9/14 9/18 11/3
Title [1]   30/7
today [1]   7/20
together [1]   23/11
TOLLES [1]   2/3
too [4]   7/22 8/2 10/12 13/4
touch [1]   12/12
traceable [1]   9/4
track [1]   4/5
transcript [3]   1/15 30/8 30/10
transfer [1]   18/19
transport [1]   17/13
transportation [3]   17/5 17/18 27/18

transported [1]   18/13
trial [2]   4/11 15/7
trier [1]   13/1
true [3]   14/22 20/23 30/7
trying [3]   10/22 20/13 20/16
two [5]   12/14 12/16 19/2 21/6 27/2
type [2]   23/19 24/5 24/22

**U**

U.S [3]   1/23 3/5 30/16
ultimately [2]   12/24 15/11
under [12]   3/24 16/17 17/15 17/20
  17/21 18/15 19/9 23/13 27/7 27/13
  29/19 29/21
undercut [1]   7/14
understand [2]   19/17 21/13
understanding [2]   6/8 7/6
undertaken [1]   24/8
unfortunately [2]   8/1 11/3
uniform [1]   6/12
UNITED [3]   1/1 30/7 30/11
unlawful [2]   12/11 15/12
unlucky [1]   4/9
unpunished [2]   14/21 25/24
unquote [1]   17/17
until [3]   14/14 21/22 29/21
unwritten [1]   25/11
up [2]   3/19 27/9
upfront [1]   4/16
us [1]   12/5
USAO [1]   2/9
use [5]   12/3 12/4 16/13 16/22 16/24
used [1]   8/20
using [3]   8/15 16/9 25/19

**V**

V.A [1]   14/13
varies [1]   14/10
various [2]   25/15 25/18
VASUDHA [3]   2/7 3/8 5/10
vehicle [1]   12/18
versus [2]   3/5 21/15
very [5]   4/8 21/25 24/5 25/9 26/9
violated [1]   20/14
violating [1]   13/20
violations [1]   19/25

**W**

wait [1]   21/2
walk [1]   18/11
want [7]   4/4 8/25 9/1 9/2 12/5 17/8 23/6
wanted [2]   4/7 7/17
warrant [1]   22/9
was [42]
Washington [1]   2/12
Wasn't [1]   21/3
way [5]   11/1 11/14 13/18 24/24 26/13
ways [1]   16/1
we [43]
we'd [1]   28/17
we'll [1]   20/4
we're [9]   13/11 13/25 14/7 14/23 15/17
  21/12 23/17 26/11 29/12
we've [2]   19/14 19/18
wearing [1]   21/6
weekend [1]   29/23
weight [1]   15/21
Well [4]   15/1 23/22 29/16 29/17
went [2]   18/8 20/24
were [6]   4/3 6/23 10/9 10/14 20/14

27/12
what [27]   5/1 5/21 6/22 7/3 9/16 9/23
  11/7 11/9 11/15 12/2 12/5 12/12 12/19
  13/10 14/18 14/24 15/16 15/21 16/25
  18/9 21/2 21/13 22/2 23/6 23/17 24/22
  29/4
what's [5]   5/5 5/7 10/7 14/18 23/20
whatever [1]   19/5
when [5]   6/14 7/22 15/20 18/2 18/8
where [5]   9/1 10/15 14/11 15/15 17/25
whether [8]   7/13 8/15 13/1 13/6 22/24
  23/2 26/24 27/9
which [13]   5/4 8/21 11/1 12/8 12/12
  12/14 13/3 13/6 14/5 15/22 22/14
  23/24 25/19
while [1]   6/9
White [1]   9/14
who [14]   4/2 8/5 8/10 8/18 8/20 8/23
  10/22 13/22 16/12 16/13 19/22 23/13
  27/6 27/12
whole [1]   22/17
why [2]   11/19 25/25
wide [1]   23/16
will [9]   8/2 11/1 11/6 11/21 11/22 21/1
  24/19 28/22 29/21
WILLIAM [1]   2/3
with is [1]   11/7
within [1]   5/16
without [2]   16/10 18/13
wonder [1]   11/9
word [1]   21/15
words [1]   8/8
worked [1]   3/22
worried [2]   20/16 29/10
worry [1]   7/18
would [30]   5/13 5/14 7/13 7/22 8/4 8/5
  8/7 8/9 8/11 8/18 8/20 8/23 9/16 10/1
  10/19 11/1 12/12 12/21 14/19 14/20
  15/21 16/5 16/11 17/18 17/22 21/25
  23/22 24/11 25/25 29/3
wouldn't [2]   8/11 16/24
written [2]   11/12 14/6
wrong [3]   26/1 26/3 28/19
www.lisamariecsr.com [1]   1/25

**Y**

yeah [1]   28/19
year [1]   14/6
years [6]   3/23 4/2 4/3 4/11 26/12 26/13
yes [7]   3/18 9/10 10/11 17/4 17/4 19/9
  26/2
yet [2]   6/21 12/20
you [66]
you're [4]   7/21 10/4 10/22 13/18
you've [1]   9/3
your [38]
Your Honor [20]   3/11 3/14 9/20 9/25
  10/6 10/24 12/7 13/3 13/24 14/15 15/1
  16/21 20/5 21/4 21/24 22/16 23/22
  26/8 29/2 29/2

**Z**

zero [1]   7/23
Zoom [1]   1/16