VASUDHA TALLA (State Bar No. 316219)
vtalla@aclunc.org
WILLIAM S. FREEMAN (State Bar No. 82002)
wfreeman@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, California 94111
Telephone:      (415) 621-2493
Facsimile:       (415) 255-8437

*Attorneys for Plaintiff*
*Additional Counsel Listed on Following Page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GABRIELA SOLANO, on behalf of herself and those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. IMMIGRATIONS AND CUSTOMS ENFORCEMENT; TAE D. JOHNSON, Acting Director of U.S. Immigration and Customs Enforcement; DAVID MARIN, Director of Los Angeles Field Office, U.S. Immigration and Customs Enforcement; DAVID JENNINGS, Director of San Francisco Field Office, U.S. Immigration and Customs Enforcement,<br><br>Defendants. | Case No. 2:21-cv-01576-AB (KSx)<br><br>**NOTICE OF SETTLEMENT** |

48873228.1

-1-
NOTICE OF SETTLEMENT

ADDITIONAL COUNSEL

JINGNI (JENNY) ZHAO (State Bar No. 284684)
jennyz@advancingjustice-alc.org
GLENN KATON (State Bar No. 281841)
glennk@advancingjustice-alc.org
ANGELA F. CHAN (State Bar No. 250138)
angelac@advancingjustice-alc.org
ANOOP PRASAD (State Bar No. 250681)
anoopp@advancingjustice-alc.org
ASIAN AMERICANS ADVANCING JUSTICE–
ASIAN LAW CAUCUS
55 Columbus Avenue
San Francisco, California 94111
Telephone: (415) 896-1701
Facsimile: (415) 896-1702


JACOB S. KREILKAMP (State Bar No. 248210)
jacob.kreilkamp@mto.com
DAVID W. MORESHEAD (State Bar No. 305362)
david.moreshead@mto.com
ROBERT E. BOWEN (State Bar No. 335932)
robert.bowen@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:   (213) 683-9100
Facsimile:   (213) 687-3702

TO THE ABOVE-ENTITLED COURT, THE PARTIES HEREIN AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the parties in the above-entitled case reached a settlement agreement in principle on January 12, 2022, subject to final approval by Plaintiff and Defendants and execution of an agreement memorializing the terms of the settlement. Plaintiff anticipates filing a stipulation for dismissal, with prejudice, within the next 90 days, upon successful completion of settlement terms.

DATED: January 14, 2022                    MUNGER, TOLLES & OLSON LLP

                                           By:   /s/ David W. Moreshead
                                                 DAVID W. MORESHEAD
                                           Attorneys for Plaintiff Gabriela Solano