JS-6

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10
11
12  GABRIELA SOLANO, on behalf of           Case No.: 2:21-cv-01576-AB (KSx)
13  herself and those similarly situated,
14          Plaintiff,
15  v.                                      **ORDER DISMISSING CIVIL ACTION**
16  U.S. IMMIGRATIONS AND
17  CUSTOMS ENFORCEMENT; TAE
    D. JOHNSON, Acting Director of U.S.
18  Immigration and Customs
    Enforcement; DAVID MARIN,
19  Director of Los Angeles Field Office,
20  U.S. Immigration and Customs
    Enforcement; DAVID JENNINGS,
21  Director of San Francisco Field Office,
22  U.S. Immigration and Customs
    Enforcement,
23
24          Defendants.

25
26      The Court has been advised by counsel that the above-entitled action has been
27  settled. It is therefore **ORDERED** that this action is hereby dismissed without costs
28  and without prejudice to the right, upon good cause shown within **ninety (90) days,** to

1.

re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action, and this Order shall not prejudice any party to this action.

Dated: January 24, 2022

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE