VASUDHA TALLA (State Bar No. 316219)
vtalla@aclunc.org
WILLIAM S. FREEMAN (State Bar No. 82002)
wfreeman@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, California 94111
Telephone:      (415) 621-2493
Facsimile:       (415) 255-8437

*Attorneys for Plaintiff*
*Additional Counsel Listed on Following Page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GABRIELA SOLANO, on behalf of herself and those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TAE D. JOHNSON, Acting Director of U.S. Immigration and Customs Enforcement; THOMAS P. GILES, Director of Los Angeles Field Office, U.S. Immigration and Customs Enforcement; DAVID JENNINGS, Director of San Francisco Field Office, U.S. Immigration and Customs Enforcement,<br><br>Defendants. | Case No. 2:21-cv-01576-AB (KSx)<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME TO MOVE TO RE-OPEN ACTION AND TO FILE APPLICATION FOR ATTORNEY'S FEES**<br><br>Crtrm.:  7B<br><br>Trial Date:        None set |

49224430.1

-1-

JOINT STIPULATION FOR EXTENSION OF TIME TO MOVE TO RE-OPEN ACTION AND TO FILE MOTION FOR ATTORNEY'S FEES

ADDITIONAL COUNSEL

JINGNI (JENNY) ZHAO (State Bar No. 284684)
jennyz@advancingjustice-alc.org
GLENN KATON (State Bar No. 281841)
glennk@advancingjustice-alc.org
ANOOP PRASAD (State Bar No. 250681)
anoopp@advancingjustice-alc.org
ASIAN AMERICANS ADVANCING JUSTICE–
ASIAN LAW CAUCUS
55 Columbus Avenue
San Francisco, California 94111
Telephone: (415) 896-1701
Facsimile: (415) 896-1702

JACOB S. KREILKAMP (State Bar No. 248210)
jacob.kreilkamp@mto.com
DAVID W. MORESHEAD (State Bar No. 305362)
david.moreshead@mto.com
ROBERT E. BOWEN (State Bar No. 335932)
robert.bowen@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:   (213) 683-9100
Facsimile:    (213) 687-3702

**TO THE COURT, THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to L.R. 7-1, Plaintiff and Defendants, by and through their respective counsel of record, hereby jointly apply to the Court for the following relief pursuant to this Stipulation:

WHEREAS, on January 14, 2022, Plaintiff filed a Notice of Settlement stating that the parties in this action had reached a settlement in principle, subject to final approval by the parties and execution of an agreement memorializing the settlement. *See* ECF No. 58.

WHEREAS, on January 24, 2022, the Court dismissed this action without costs and without prejudice to the right, upon good cause shown within ninety days—i.e., by April 25, 2022—to re-open the action if the settlement is not consummated. *See* ECF No. 60.

WHEREAS, to avoid any prejudice to Plaintiff's ability to file a motion for attorney's fees, expenses, and costs under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, the parties stipulated to an extension to April 25, 2022, of Plaintiff's deadline to file a motion under EAJA, and the Court granted the stipulation. *See* ECF Nos. 61, 62.

WHEREAS, the parties have drafted a written settlement agreement that is in substantively final form and is under review by Immigration Customs and Enforcement leadership.

WHEREAS, the parties have made significant progress in their negotiations to resolve Plaintiff's claim for attorney's fees, expenses, and costs under EAJA, with the goal of incorporating the resolution of that claim into the settlement agreement.

WHEREAS, 30-day extensions of the period (a) in which the parties may move to re-open the action upon good cause shown if the settlement is not consummated, and (b) of Plaintiff's deadline to file a motion under EAJA,

respectively, would likely allow the parties to resolve all remaining issues in this action without further litigation.

THEREFORE, IT IS STIPULATED by the parties as follows:

a) The date by which the parties may move to re-open the action upon good cause shown if the settlement is not consummated is extended until May 25, 2022.

b) Plaintiff's deadline for filing a motion for attorney's fees, expenses, and costs pursuant to EAJA is extended until May 25, 2022.

DATED: April 15, 2022            MUNGER, TOLLES & OLSON LLP

By:      /s/ *David W. Moreshead*
         DAVID W. MORESHEAD

*Attorneys for Plaintiff*

DATED: April 15, 2022

By:      /s/ *Joseph A. Darrow*
         JOSEPH A. DARROW
         Trial Attorney
         U.S. Department of Justice, Civil Division
         Office of Immigration Litigation-DCS

*Attorneys for Defendants*