UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GABRIELA SOLANO, on behalf of herself and those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TAE D. JOHNSON, Acting Director of U.S. Immigration and Customs Enforcement; THOMAS P. GILES, Director of Los Angeles Field Office, U.S. Immigration and Customs Enforcement; DAVID JENNINGS, Director of San Francisco Field Office, U.S. Immigration and Customs Enforcement,<br><br>Defendants. | Case No. 2:21-cv-01576-AB (KSx)<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF TIME TO MOVE TO RE-OPEN ACTION AND TO FILE MOTION FOR ATTORNEY'S FEES** |

49224480.1

Based upon the parties' Joint Stipulation for Extension of Time to Move to Re-Open Action and to File Motion for Attorney's Fees, and with good cause appearing, the Court hereby grants the parties an extension of time until May 25, 2022, to move to re-open the action upon good cause shown if the settlement is not consummated, and grants Plaintiff an extension of time until May 25, 2022, to file a motion for attorney's fees, expenses, and costs pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412.

DATED: _____, 2022

_____
HON. ANDRÉ BIROTTE, JR.