1
2
3
4
5

6                    UNITED STATES DISTRICT COURT

7                   CENTRAL DISTRICT OF CALIFORNIA

8

9   GABRIELA SOLANO, on behalf of          Case No. 2:21-cv-01576-AB (KSx)
    herself and those similarly situated,
10                                          **ORDER GRANTING JOINT**
11              Plaintiff,                  **STIPULATION FOR EXTENSION**
                                            **OF TIME TO MOVE TO RE-OPEN**
12          vs.                             **ACTION AND TO FILE MOTION**
                                            **FOR ATTORNEY'S FEES**
13  U.S. IMMIGRATION AND
    CUSTOMS ENFORCEMENT; TAE D.
14  JOHNSON, Acting Director of U.S.
    Immigration and Customs Enforcement;
15  THOMAS P. GILES, Director of Los
    Angeles Field Office, U.S. Immigration
16  and Customs Enforcement; DAVID
    JENNINGS, Director of San Francisco
17  Field Office, U.S. Immigration and
    Customs Enforcement,
18
19              Defendants.
20
21
22
23
24
25
26
27
28

1      Based upon the parties' Joint Stipulation for Extension of Time to Move to

2  Re-Open Action and to File Application for Attorney's Fees, (Dkt. No. 63), and

3  good cause appearing, the Court hereby **GRANTS** the parties an extension of time

4  until **May 25, 2022**, to move to re-open the action upon good cause shown if the

5  settlement is not consummated, and **GRANTS** Plaintiff an extension of time until

6  **May 25, 2022**, to file a motion for attorney's fees, expenses, and costs pursuant to

7  the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412.

8

9  **IT IS SO ORDERED.**

10

11  DATED: April 19, 2022

12

13

                                       HON. ANDRÉ BIROTTE JR.

14                                   UNITED STATES DISTRICT JUDGE