UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIELA SOLANO, on behalf of herself and those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TAE D. JOHNSON, Acting Director of U.S. Immigration and Customs Enforcement; THOMAS P. GILES, Director of Los Angeles Field Office, U.S. Immigration and Customs Enforcement; DAVID JENNINGS, Director of San Francisco Field Office, U.S. Immigration and Customs Enforcement,<br><br>Defendants. | Case No.: 2:21-cv-01576-AB (KSx)<br><br>**ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF TIME TO MOVE TO RE-OPEN ACTION AND TO FILE MOTION FOR ATTORNEY'S FEES** |

1 | Based upon the parties' Joint Stipulation for Extension of Time to Move to Re-Open Action and to File Motion for Attorney's Fees, (Dkt. No. 65), and due to the appearance of good cause, the Court hereby **GRANTS** the parties an extension of time until **June 15, 2022**, to move to re-open the action upon good cause shown if the settlement is not consummated, and **GRANTS** Plaintiff an extension of time until **June 15, 2022**, to file a motion for attorney's fees, expenses, and costs pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412.

**IT IS SO ORDERED.**

DATED: May 24, 2022

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE