JS-6

1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                       CENTRAL DISTRICT OF CALIFORNIA

10

11  GABRIELA SOLANO, on behalf of        Case No.: 2:21-cv-01576-AB (KSx)
    herself and those similarly situated,
12
                                          **ORDER DISMISSING ACTION
13            Plaintiff,                   WITH PREJUDICE**

14        vs.

15  U.S. IMMIGRATION AND
    CUSTOMS ENFORCEMENT; TAE D.
16  JOHNSON, Acting Director of U.S.
    Immigration and Customs Enforcement;
17  THOMAS P. GILES, Director of Los
    Angeles Field Office, U.S. Immigration
18  and Customs Enforcement; DAVID
    JENNINGS, Director of San Francisco
19  Field Office, U.S. Immigration and
    Customs Enforcement,
20

21
              Defendants.
22

23

24

25

26

27

28

1    Based upon the parties' Joint Request for Order of Dismissal Pursuant to Fed.

2  R. Civ. P. 41(a)(2), (Dkt. No. 70), with good cause appearing, and pursuant to the

3  terms of the parties' settlement agreement, (Dkt. No. 70-1), the Court hereby

4  **DISMISSES** Plaintiff Gabriela Solano's claims **WITH PREJUDICE**. Pursuant to

5  the parties' stipulation, the Court shall retain jurisdiction to enforce the terms of the

6  parties' settlement agreement. This case is now closed.

7

8  DATED:  July 12, 2022

9

10  _____

11  HON. ANDRÉ BIROTTE, JR.
   UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-1-
ORDER DISMISSING ACTION WITH PREJUDICE