UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   CV 21-1576-AB (KSx)                                          Date: January 4, 2023

Title   *Gabriela Solano v. U.S. Immigration and Customs Enforcement et al.*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:

**Proceedings: (IN CHAMBERS) MINUTE ORDER RE: FURTHER MEDIATION**

At the request of the parties, a further mediation is scheduled for **Wednesday, January 18, 2023, at 3:00 p.m.** to address an issue related to the enforcement of the settlement agreement previously reached between the parties**.**

In preparation for the mediation, each party shall submit a confidential mediation statement of no more than five (5) pages, including any exhibits, outlining its position regarding the disputed issue(s).

The mediation statements should be emailed to the Judge's Chambers inbox on or before Friday, January 13, 2023 and should NOT be filed with the Court.

IT IS SO ORDERED.

:

**Initials of Preparer**   gr